# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



Plaintiff:

Yong Chul Son, Pro Se

      Vs.

Defendant(s):

Thomas G. Lynch, Esq. (Deceased)
Publisher of New Jersey Lawyers
Diary and Manual, LLC.
Strauss, Andrews S. (CEO)

CIVIL ACTION

**COMPLAINT**

[DEMAND JURY TRIAL]



## I. Parties in this Complaint.

Plaintiff:    Yong Chul Son
             14465 Barclay Ave, 3rd FL, Flushing, New York 11355-1543

Defendant:   No. 1. Thomas G. Lynch, Esq. (Deceased)
            No. 2. Publisher of New Jersey Lawyers Diary and Manual
                P.O. Box 1027 Summit, NJ 07902
                Strauss, Andrews S. (CEO), Skinder, Michael (Member)
                1260 Broad Street, 2nd FL
                Bloomfield, New Jersey 07003-3031

Plaintiff's Civil Action Complaint filing fee $ 405.00 against the above defendants and United
Stats District Court Eastern District of New York Commerce a Lawsuit New York pro se
intake unit of Brooklyn clerk's office, 225 Cadman Plaza East Brooklyn, New York 11201.

1

## II. Basis for Jurisdiction

1) Federal Court pro se, 28 U.S.C. § 1654.
2) Federal Question Jurisdiction, 28 U.S.C. § 1331.
3) Federal Civil rights statute, 42 U.S.C. § 1983.
4) Federal Torts claims Act Action, 28 U.S.C. § 1402(b).
5) Federal Diversity Jurisdiction, 28 U.S.C. § 1332.

There must be complete diversity of citizenship of All Plaintiffs and All Defendants, and there must be more than $75,000 in dispute.

Before, plaintiff visited Public Legal Service located in Hackensack, Bergen County, New Jersey in order to designate a legal counsel. However, was rejected due to a lawyer case.

## III. Statement of Claim and Facts

1) Lawyer Diary and Manual, LLC.
   The Division of Revenue and Enterprise Services hereby affirms that the following charge was submitted on 09/03/2021 for Lawyers Diary and Manual, LLC. (Exhibit "A" 3 pages)
   Year of 2011 New Jersey Lawyers Diary and Manual unlisted business address for Thomas G. Lynch, Esq. (Exhibit "B")
   Year of 2016 New Jersey Lawyers Diary and Manual listed business address for Thomas G. Lynch, Esq. (Exhibit "C")
   Year of 2017 New Jersey Lawyers Diary and Manual listed business address for Thomas G. Lynch, Esq. (Exhibit "D")
2) Thomas G. Lynch, Esq.
   On May 22, 2001, Thomas G. Lynch. Esq. filed a complaint at Superior Court of New Jersey, Bergen County Law Division. Pum Yang Express, U.S.A. contract and items missing. (Exhibit "E", 7 pages)
   On March 6, 2002, the Arbitration hearing scheduled on May 21, 2002 at 11:00 A.M. (Exhibit "F")
   On March 13, 2002, Thomas G. Lynch, Esq. advised the Arbitration. (Exhibit "G")

On May 22, 2002, Judge Daniel P. Mecca, J.S.C. Plaintiff's having failed to appear ordered that the above captioned matter be dismissed for lack of prosecution. (Exhibit "H")

On January 9, 2006, Certification of in support of plaintiff's motion to vacate order and denied. (Exhibit "I", 4 pages)

On December 14, 2010, addressed to Attorney General Paula Dow has been referred the address for Thomas G. Lynch, Esq. is 277 Prospect Avenue, Apt. 18D, Hackensack, NJ 07601. (Exhibit "J")

On January 7, 2011, ordered defendant Thomas G. Lynch, Esq. at his business address as listed in New Jersey Lawyers Diary attempts at service on Mr. Lynch's attorney is not acceptable. (Exhibit "K")

On March 23, 2011, affidavit of service from deputy sheriff of Bergen County State of New Jersey. Automated case in a management processing list. (Exhibit "L", 3 pages)

On July 22, 2011, plaintiff to enter default judgment by Judge Robert C. Wilson, J.S.C. (Exhibit "M")

On September 22, 2011, filed and default entered. (Exhibit "N")

On January 30, 2014, Hudson County sheriff's office affidavit of service. Listed on New Jersey Lawyers Diary Lynch's business address moved from 4808 Bergenline Avenue, Suite 304. (Exhibit "O")

On February 1, 2017, plaintiff's motion for reconsideration was denied by the Supreme Court of New Jersey in an order filed January 17, 2017. (Exhibit "P")

On February 13, 2017, defendant Thomas G. Lynch, Esq. passed away and appear to the court on January 4, 2018. (Exhibit "Q")

On January 9, 2019, United States District of New Jersey Court will issue a scheduling order in this civil action Hon. Michale A. Hammer, U.S.M.J. (Exhibit "R")

On January 28, 2019, discovery motion for defendant Thomas G. Lynch, Esq. is now deceased. (Exhibit "S")

On February 4, 2019, letter order from Madeline Cox Arleo United States District Judge of New Jersey. (Exhibit "T", 3 pages)


IV.   <u>Conclusion</u>

New Jersey Lawyers Diary and Manual, LLC., one of 74,000 obtained capacity member former attorney Thomas G. Lynch, Esq. the lawyer believes his civil rights have been violated by Fernando Silva, sheriff of Hudson County, New Jersey State

such as claims of negligent prosecution. Supporting perfect clear evidence at lawsuit under the Federal civil rights statute, 42 U.S.C. § 1983.

Lynch's wrongful business address should be amended to a criminal case to make an alteration error of law and impose professional liability.

As an expedient to support the lawyer capacity, Diary and Manual, LLC. listed his wrongful address, putting the court's non-compliance with subpoenas and deserted lawyer practice.


On January 4, 2018, Lynch's former attorney indicated that Lynch is now deceased. Therefore, pursuant to Federal Torts Claims Act Action, 28 U.S.C. § 1402(b).


Whereas, in order for Plaintiff to eagerly pursuit professional liability and compensation from the United States District Court be granted because lack of prosecution was deserted and proceeding prosecution acknowledgement is clearly manifest justice.

*Attachment [Exhibition of 35 pages, and Affidavit]




I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2024

Signature _____  
 Yong Chui Son – Plaintiff

Mailing Address & Phone Number:  
14465 Barclay Ave, 3rd FL  
Flushing, New York 11355-1543  
(718) 974-4658

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

<u>Plaintiff,</u>

Yong Chul Son, Pro se

CIVIL ACTION

VS.                                                        **AFFIDAVIT**

<u>Defendants,</u>

Thomas G. Lynch, Esq. (Deceased)

Publisher of New Jersey Lawyers Diary and Manual

Strauss, Andrew S. (CEO)

Skinder, Michael (Member)

1260 Broad Street, 2nd Floor

Bloomfield, New Jersey 07003-3031

Yong Chul Son, being full of age, deposes and says,

1. I am the Plaintiff in the above matter.
2. I then set forth sworn statements in numbered paragraph form, Hudson County Sheriff's Office Affidavit of Service.
3. And I hereby submit (1) Affidavit Statement.

I swear under oath that the above information is true and correct. I am aware that if any foregoing statement made by me are willfully false, I am subject to punishment. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2024

Signature: _____

Yong Chul Son, Plaintiff

Address:     14465 Barclay Ave, 3rd FL

Flushing, NY 11355-1543

Phone:      (718) 974-4658

Sworn to before me on this _Q_

Day of _____, 2024

Min-Jung Kim

Notary Public State of New Jersey

Commission Expires Jan 24, 2029

ID 2310698

# Hudson County Sheriff's Office
## AFFIDAVIT OF SERVICE

RECEIVED

2014 FEB 11 P 3 06

CIVIL DIVISION
CASE PROCESSING

Plaintiff YONG CHUL SON

Defendant THOMAS G. LYNCH ESQ

Service # 1 of 1 Services

Docket # L-4607-10

Sheriff's # **20008097**

BERGEN COUNTY SUPERIOR COURT
New Jersey
Bergen County

YONG CHUL SON
50 F2-2 DELIA BOULEVARD
FL-2
PALISADES PARK, NJ 07650

Papers Served

SUMMONS, NOTICE OF MOTION, CERTIFICATION IN
SUPPORT OF MOTION, ORDER

**SUPERIOR COURT BERGEN COUNTY**
# FILED

### FEB 11 2014

DEPUTY CLERK

I, Frank X. Schillari, SHERIFF OF HUDSON COUNTY DO HEREBY DEPUTIZE AND APPOINT
Fernando SILVA A DULY SWORN OFFICER TO EXECUTE AND RETURN THE
DOCUMENTS ACCORDING TO LAW.

Date of Action 1/14/2014
Time of Action 10:00 AM

Person/Corporation to Serve   THOMAS G. LYNCH ESQ
4808 BERGENLINE AVENUE

SUITE 304

ATTEMPTS
1/14/2014 10:00 AM

Reason for Non Service:  DEFENDANT MOVED FROM PLACE OF ATTEMPTED SERVICE
NO SERVICE 1/30/14

I, Fernando SILVA WAS NOT ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

Det. F. Silva
Fernando SILVA

1/30/14
DATED

Received on 2/10/2014

### STATE OF NEW JERSEY
### DEPARTMENT OF THE TREASURY
### DIVISION OF REVENUE AND ENTERPRISE SERVICES
### CHANGE OF REGISTERED AGENT CERTIFICATE

### LAWYERS DIARY AND MANUAL  LLC
#### 0400452677

The Division of Revenue and Enterprise Services hereby affirms
that the following change was submitted on 09/03/2021 for LAWYERS
DIARY AND MANUAL  LLC.

## Previous Registered Agent and Office

DAVID STEIN
C/O SKINDER STRAUSS
890 MOUNTAIN AVE
NEW PROVIDENCE, NJ 07974

## New Registered Agent and Office

Michael Skinder
1260 Broad St
2nd Floor
Bloomfield, NJ 07003-3031



*IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
my Official Seal, this
3rd day of September, 2021*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 2580928746*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

## EXHIBITION  A

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | CHIEF EXEC. OFFICER (CEO) |
| Name: | STRAUSS,ANDREW  S |
| Address: | 1260 Broad St 2nd Floor, 2nd Floor, Bloomfield, , , US |
| Title: | OTHER |
| Name: | STEIN,DAVID E |
| Address: | 1260 Broad St, 2nd Floor, Bloomfield, , , US |
| Title: | MEMBER |
| Name: | Skinder,Michael |
| Address: | 1260 Broad St, 2nd Floor, Bloomfield, , , US |

## FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 2011 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2013 |
| CHANGE OF AGENT AND OFFICE | 2014 |
| CHANGE OF AGENT AND OFFICE | 2021 |
| Annual Report Filing with address change | 2021 |
| Annual Report filing with officer/member change | 2021 |
| Annual Report filing with officer/member change | 2022 |

Note:

```
Status Report For:      LAWYERS DIARY AND MANUAL  LLC
Report Date:            2/13/2023
Confirmation Number:    230442909341
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:     0400452677
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   11/15/2011
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start    N/A
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:    NOVEMBER
Last Annual Report      08/12/2022
Filed:
Year:                   2022
```

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

```
Agent:                  MICHAEL SKINDER
Agent/SOP Address:      1260 BROAD ST 2ND FLOOR,BLOOMFIELD,NJ,07003
                        3031
Address Status:         DELIVERABLE
Main Business Address:  1260 Broad St, 2nd Floor, Bloomfield, NJ,
                        07003 3031
Principal Business      1260 Broad St2nd Floor,Bloomfield,NJ,07003
Address:                3031
```

## ASSOCIATED NAMES

```
Associated Name:        N/A
Type:                   N/A
```

## PRINCIPALS

# 2011

## NEW JERSEY
## LAWYERS DIARY

AND

## MANUAL®

INCLUDING
THE OFFICIAL BAR DIRECTORY OF NEW JERSEY

*ONE HUNDRED TWENTIETH-SECOND YEAR*



NEW JERSEY LAWYERS DIARY AND MANUAL®

P.O. Box 50, Newark, N.J. 07101-0050

(973) 642-1440

(800) 444-4041

FAX: (973) 642-4280

E-mail: mail@lawdiary.com

Visit our web site at http://www.lawdiary.com

The New Jersey Lawyers Diary and Manual® is also available in an electronic version,
Lawyers Diary Online—For and About Law,
which also gives you, at no extra cost, legal productivity calculators,
electronic calendars and access to New Jersey Lawyers Service and eLaw, LLC.

Be prepared for those days when every minute counts and getting everything right is crucial.
Call us at (800) 444-4041, Ext. 2 for further details on this invaluable time saver.

**EXHIBITION B**

Courts & Officials

Costs & Fees

Mileage Lists

County Information

Municipal Directory

Departments & Agencies

Judges Directory

(201) 497-1201 ... Lynch, Kevin J '75 -49 Hmpshr Rd -Wshngtn Twp 07675
Fx:497-1208

(201) 845-1000 ... Lynch, Kim R '86 (Forman HE&R,LLC) -80 Route 4 E -Paramus
07652 Fx:845-9112

(609) 921-7770 ... Lynch, L Luke '93 (Lynch OTG&D,LLC) -264 Nassau -Prnctn
08542 Fx:421-5114

(609) 777-0222 ... Lynch, Lisa A '92 NJAOC-Probation Srvcs Div -171 Jersey Bx987
-Trntn 08625 Fx:421-5114

(973) 827-8511 ... Lynch, Mark F '87 -410 Balmoral Rd -Denvil 07834 Fx:827-4142
(973) 560-5897 ... Lynch, Mark H '82 Pfizer Inc -Five Giralda Farms -Madison 07940
Fx:660-5156
Lynch, Michl J '87 -410 Balmoral Rd -Wntr Pk, FL 32789
Lynch, Michl J '91 -19 Gallant Fox Rd -Tinton Fls 07724
Lynch, Michl J '00 -800 The Plz -Sea Girt 08750
Lynch, Michl P '98 -40 W 23rd -NY, NY 10010
Lynch, Michlle Barbe '97 -159 Center Av -Chatham 07928

(212) 310-8000 ... Lynch, Nancy E '99 Dval Wall GS&M LLP -767 5th Av -NY, NY
10153 Fx:310-3007

(609) 921-7770 ... Lynch Osborne Theivakumar Gilmore & Durst,LLC
-264 Nassau -Prnctn 08542 Fx:921-7773

(856) 946-0400 ... Lynch, Peter J '81 (Christie PM And Y,PC) -216 Hddn Av
-Westmont 08108 Fx:946-0399

(973) 693-6546 ... Lynch, Regina N '88 Asst Dep Pub Def -31 Clinton Bx46010 -Nwrk
07101 Fx:648-7099
Lynch, Robt T '00 -2733 Meyer Pl -Phila, PA 19114

(856) 309-0200 ... Lynch, Robt W '89 (Lynch K&Y,LLP) -1020 Laurel Oak Rd
-Voorhees 08043 Fx:309-3412

(609) 919-8600 ... Lynch, Sean P '02 S Morgan L&B LLP -502 Carnegie Ctr -Prnctn
08543 Fx:919-8701
Lynch, Timothy D '00 -110-45 Qns Blvd -First Hills, NY 11375

(201) 346-5000 ... Lynch, Vincent B '99 (Clemente J L&L,PC)
-300 Harmon Meadow Blvd -Secaucus 07094 Fx:348-9633

(202) 525-3686 ... Lynes, Timothy J '84 (Katten MR LLP ) -2900 K NW -Wash, DC
20007 Fx:298-7570
Lynn, Christopher B '84 -200 W 54th -NY, NY 10019

(973) 994-6677 ... Lynn, Dani A '85 -CartWriters Compl.nwAtty (Braff H&S)
-470 W Mt Plant Av Bx857 -Lvngstn 07039 Fx:536-0713

(212) 864-5165 ... Lynn, Richd W '76 'NABC Universal -30 Rckflr Plz -NY, NY 10112
(973) 639-7940 ... Lynott, Keith E '81 (McCarter & E) -100 Mulberry -Nwrk 07102
Fx:624-7070

(973) 733-3616 ... Lynwander, Julie E '93 'Catholic Cmmnty Srvcs -976 Broad -Nwrk
07102 Fx:733-9631

(973) 822-1822 ... Lyon Glassman Leites & Modl,LLC -215 Rdgdl Av Bx409
-Florham Pk 07932 Fx:822-9212

(215) 979-1000 ... Lyon, Michl J '99 'Duane M LLP -30 S 17th -Phila, PA 19103
Fx:979-1020

(973) 822-1822 ... Lyon, Rexford L '97 (Lyon GL&M,LLC) -215 Rdgdl Av Bx409
-Florham Pk 07932 Fx:822-9212

(215) 567-1320 ... Lyon, Wayne V '95 NJ Bagby Jr -2 Penn Ctr -Phila, PA 19102
Fx:567-1925
Lyons, Adam E '01 -222 Camino De La Tierra -Corrales, NM 87048
Lyons, Beth S '87 -Bx3362 -Guttenbrg 07093
Lyons, Brad J '34 -203 Reading Ctr -Bridgel 08607

(609) 466-0840 ... Lyons, Dand J Jr '82 -36 E Broad Bx12 -Hopewell 08525
Fx:466-0588

(856) 222-0166 ... Lyons, David R '72 (Lyons D&V,PC) -136 Gaither Dr -Mt Laurel
08054 Fx:222-1711

(609) 292-4061 ... Lyons, Diane R '88 Asst Dep Pub Def -210 S Broad -Trntn 08608
Fx:777-0893

(856) 222-0166 ... Lyons Doughty & Veldhuis,PC -136 Gaither Dr -Mt Laurel 08054
Fx:222-1711

(609) 838-4537 ... Lyons, Francis R X '76 -74 Knapp Av -Trntn 98610 Fx:585-3308
(908) 820-3070 ... Lyons, Jessica A '33 Asst Dep Pub Def -65 Jitton Av -Eliz 07201
Fx:820-3958

(215) 979-1000 ... Lyons, John M '99 'Duane M LLP -30 S 17th -Phila, PA 19103
Fx:979-1020

(908) 558-3800 ... Lyons, Katherine '94 'Purcell MO&H -1 Pluckemin Way Bx754
-Bedminstr 07921 Fx:558-4559
Lyons, Kathleen A '94 -395 Hillcrst Av -Wyckoff 07481

(212) 594-2400 ... Lyons, Kirk M H '91 (Lyons & F) -55 W 38th -NY, NY 10018
Fx:594-4589

(732) 545-4717 ... Lyons, Kristy V '93 'Hoagland LMD&D -40 Patterson Bx480
-Nw Brnswck 08903 Fx:545-4579

(856) 222-0166 ... Lyons, Laurie H '93 NJ Lyons D&V,PC -136 Gaither Dr -Mt Laurel
08054 Fx:222-1711

(973) 538-9000 ... Lyons, M Todd '97 (Cennaill F LLP) -85 Lvngstn Av -Roseland
07068 Fx:538-9217

(856) 384-6666 ... Lyons, Matthew P '93 Asst Cnty Cnsl -115 Bould Blvd -Woodbury
08096 Fx:384-6884
Lyons, Nicole P '01 -1 Dartmlh Ct -Marlton 08053

(732) 563-6830 ... Lyons, Patricia R '91 'Blaumenn & V -399 Campus Dr Bx5782
-Somerst 08875 Fx:563-7176

(215) 569-5600 ... Lyons, Reed '98 'Blank R LLP -One Logan Sq -Phila, PA 19103
Fx:569-5555

(908) 575-9777 ... Lyons, Theresa A '92 (Lyons & Assoc,PC) -80 West End Av -Smmrvl
08876 Fx:575-7711

(732) 741-3900 ... Lyons, Timothy D '90 -CartCtv TnAtty (Gardana 8599)
-125 Half Mile Rd -Red Bank 07701 Fx:224-8599

(914) 666-1700 ... Lysacks, Vincent M '95 (O'Connor R,LLP) -200 Mamaroneck Av
-White Plns, NY 10601 Fx:328-3169

(212) 558-4000 ... Lysecks, Greg '97 'J Sullivan & C LLP -125 Broad -NY, NY 10004
Fx:558-3588

(201) 265-6104 ... Lystah, Robt E '77 -70 Kndrkmck Rd Bx232 -Emerson 07630
Fx:265-1888

(908) 753-0444 ... Lyte, Suzanne M '85 (Lyte & Assoc,LLC) -1550 Raritn Av Rm204
-S Plainfld 07080 Fx:753-0011
Lytle, Guy T '72 -120 Mtn Vw Blvd -Baskng Rdg 07920

(201) 434-2000 ... Lytle, Patrick R '93 'Chael Schumann H&LC -101 Grovers Mill Rd
Fx:434-2479

(609) 275-0400 ... Lytle, Robt E '90 (Szafarman LB&B,PC) -1011 Rte One
-Lwrncvl 08648 Fx:275-4511

(856) 614-3600 ... Lytle, Terence A '97 Asst Dep Pub Def -101 Hddn Av -Camden
08103 Fx:544-3505

(201) 391-2904 ... Lyttle, David F '81 -110 ...mmit Av -Montvale 07645 Fx:391-...
(732) 846-7600 ... Lyttle, John W Jr '89 (Windels ML&M,LLP) -120 Albany Strt...
-New Brnswck 08901 Fx:846-8877

(201) 795-6738 ... Lyttle, Tiffany I '06 Han F Schultz -595 Newark Av -JC 07306
(845) 429-2922 ... Lyubarskiy, Igor '04 -196 Ramapo Rd -Garnervl, NY 10923
Fx:(206) 600-5287

(732) 855-5038 ... Lyubarsky, Alex '01 N Wilentz G&S -90 Wdbrdg Cntr Dr -Wdbrdg
07095 Fx:726-8590

(212) 267-1650 ... Ma, Annie '01 N Fine O&A,LLP -39 Bway -NY, NY 10006
Fx:962-3619
Ma, Jing '05 -973 Va Dr -Sarasota, FL 34234

(908) 203-8833 ... Ma, Tina '09 Montgomery L&F,PC -745 Route 202/206 Bx...
-Brdgwtr 08807 Fx:203-8838

(215) 574-0600 ... Maaiouf, Linda B '06 'N Sidicoff P&G,PC -1101 Market -Phila, PA
19107 Fx:574-0310

(202) 862-2051 ... Maas, Ronald J '73 'N RESPRO -2000 L NW -Wash, DC 20036
Fx:862-2052

(212) 363-3100 ... Mabanta, Katie A '09 'N Bivona & C,PC -88 Pine -NY, NY 10005
Fx:363-3824

(732) 606-9100 ... Mable, Benjamin H '09 -21 S Martine Av -Fanwd ...
08721 Fx:606-8696

(212) 364-0268 ... Macadangdang, Ann B '06 Serrins & Assoc LLC -233 Bway -NY,
NY 10279

(973) 538-6890 ... Macaluso, Carla D '96 OfCnsl Jackson L LLP
-220 Hddrtrs Plz-E Twr -Mrrstwn 07960 Fx:540-6615

(717) 532-4832 ... Macaluso, Jos A '79 -9614 Rowe Run Loop -Shippensburg, PA
17257

(609) 514-0300 ... Macatuso, Peter M '00 Rockwood Spec,Inc -100 Overlook Ctr
-Prnctn 08540

(201) 343-7400 ... Macaluso, Richd W '73 -55 Steele -Hack 07601 Fx:487-5683
(973) 779-1163 ... Macaluso, Roy R '87 N Fusco & M -150 Passaic Av Bx818
-Passaic 07055 Fx:779-5437

(914) 428-3313 ... Macaluso, Wendy L '95 'Curran AF&N,LLP -14 Mamaroneck Av
-White Plns, NY 10601 Fx:949-5600

(973) 324-9002 ... Macam, Lucila C '07 N E Ellersick -200 Exec Dr -W Orange 07052
Fx:324-9619

(732) 634-5454 ... Macam, Viktor I '04 N Palmisano & G -171 Main -Wdbrdg 07095
Fx:634-5519

(908) 903-2000 ... Macan, W Andrew '03 Chubb & Son -15 Mtn Vw Rd Bx1615
-Warren 07061 Fx:903-3820

(609) 570-4656 ... Macanincht, Michl R '87 K Hovnanian -3 Commerce Way -Hmitn
08691 Fx:570-4765

(973) 822-4444 ... Macaronne, Jessica J '91 N McCarter & E -100 Mulberry -Nwrk
07102 Fx:624-7070

(201) 796-5800 ... MacArthur, Anne P '93 -10 Saddle Rvr Rd -Fair Lwn 07410
MacArthur, Geoffrey W '06 -57 Water -Perth Amboy 08861

(856) 435-1330 ... Macary, Jos P '95 (Dilks M&C) -811 Church Rd -Chry Hl 08002
(856) 225-8400 ... Macatiag, Grace C '92 Asst Pros -25 N Fifth -Camden 08102
Fx:963-3920

(973) 972-7006 ... MacBride, Jonathan R '87 'Chartwall Law Ofs,LLP -1717 Arch
-Phila, PA 19103 Fx:973-7008
Maccaro, Jos A '79 -7917 11th Av -Brklyn, NY 11228

(973) 778-3121 ... Maccarone, Jos T '79 -335 Passaic Av Bx440 -Lodi 07644
Fx:778-6864

(609) 896-6688 ... Maccasant, Cheryl '34 Dep Atty Gen -Bx844 -Trntn 08625
Fx:896-6693

(856) 354-1900 ... MacCarthy, June DuBois '91 N F Paschon & Assoc,PC
-30 N Hddn Av -Hadddnfld 08033 Fx:354-6040

(856) 829-1900 ... Macce, John C '92 -CartCtvTnAtty (Macca & C,PC) -65 Old Hwy
-Clinton 08809 Fx:713-9906

(732) 713-9006 ... Macce, John C '92 -CartCtvTnAtty (Macca & C,PC) -65 Old Hwy
-Clinton 08809 Fx:713-9009

(504) 568-9393 ... Maccheron, Amy L '99 'Abbott S&K -400 Lafayette -New Orleans
70130 Fx:504-1952

(973) 848-3608 ... Macchia, George M '86 Dep Atty Gen -124 Halsey Bx45029 -Nwrk
07101 Fx:848-3879

(973) 531-5473 ... Macchia, Paul S '94 (Gelob & M,LLC) -2001 Route 46 E
-Parsippany 07054 Fx:257-5017

(212) 363-3100 ... Macchia, Robt V '97 (Bivona & C,PC) -88 Pine -NY, NY 10005
Fx:363-3824

(561) 361-8526 ... Macdl, Lisa M '98 (Lw Macdl,PA) -2255 Glades Rd -Boca Raton
FL 33431 Fx:362-7514
Maccola, Michl A '93 -17 Academy -Nwrk 07102
Maccone, Maria N '91 -Two Penn Plz E -Nwrk 07105

(302) 776-1200 ... Macconi, John A Jr '94 -Market St -Wilmngtn DE 19807 Fx:776-1400
MacCracken, Jane R '85 -1335 James Ct -Warrington, PA 19...

(856) 795-3300 ... MacCready, Kaile M '95 'Obermayer RM&H,LLP -200 Lk Dr ...
-Chrry Hl 08002 Fx:795-8933

(817) 365-1001 ... MacDonald, Angelo G '97 -200 W 90th -NY, NY 10023
Fx:(212) 595-1000

(817) 848-5656 ... MacDonald, Arthur J Jr '70 (Holston MUEZ&L,PA) -86 Boadt
-Woodbury 08096 Fx:848-1890

(717) 233-3674 ... MacDonald, Bret W '88 -2530 N 2nd -Hmsbrg, PA 17110
(856) 630-3173 ... MacDonald, Casey N '00 US Atty Ofc -1701 W Business
-McAlstr, TX 75501

(212) 446-4800 ... MacDonald, David '98 (Kirkland & E LLP) -153 E 53rd -NY, NY
10022 Fx:446-4900

(212) 307-5500 ... MacDonald, Donald A 3rd '99 N Venable LLP -1270 Av of
-NY, NY 10020 Fx:307-5598

(215) 665-8500 ... MacDonald, James B II '86 (Ballard S,LLP) -1735 Market -Phila
PA 19103 Fx:864-8999

(973) 490-6148 ... MacDonald, James '77 -57 Park Pl -Mrstwn 07960 ...
MacDonald, Jeannine V '98 -1020 Terns Lndng Rd -Phlnx...
08318

(609) 396-9060 ... MacDonald, Jos H '85 (Stark & S) -993 Landis Dr -...
Fx:696-9025

(732) 741-1333 ... MacDonald, Jos J '98 -19 Hmptn Ct -Red Bank 07701 ...
Fx:741-1133

(610) 458-7445 ... MacDonald, Kimberly '97 ECS Clms Administratrs -460 ...
-Exton 08619 Fx:586-...

(856) 596-7776 ... MacDonald, Mark F '95 NJ Sylades JLB -401 Rte 73 ...
08053 Fx:596-9024

# 2016

## NEW JERSEY

## LAWYERS DIARY

### AND

## MANUAL®

### INCLUDING
### THE OFFICIAL BAR DIRECTORY OF NEW JERSEY

*ONE HUNDRED TWENTY-SEVENTH YEAR*



NEW JERSEY LAWYERS DIARY AND MANUAL®

P.O. Box 1027, Summit, N.J. 07902-1027

(973) 642-1440

FAX: (973) 642-4280

E-mail: mail@lawdiary.com

Visit our web site at http://www.lawdiary.com

The New Jersey Lawyers Diary and Manual® is also available in an electronic version,
**LDMonline,**
which also gives you, at no extra cost, legal productivity calculators, including date calculators.
Be prepared for those days when every minute counts and getting everything right is crucial.
Call us at (973) 642-1440, ext. 2 for further details on this invaluable time saver.

**EXHIBITION  C**

 Courts & Officials

 Costs & Fees

 Mileage Lists

 County Information

 Municipal Directory

 Departments & Agencies

 Judges Directory

Luther, Henry N III '61 -200 Park Av -Florham Pk 07932
Luther, Robt J '83 -CertCivTrlAtty OfCnsl Helmer C&K,PA -111 Wht Hrs Pk -Haddon Hts 08035 Fx:547-7797
Luther-Veno, Linda S '96 -105 N Cedar Crest Blvd -Ste 106 -Allentown, PA 18104
Luthmann, C Hubt '07 (Weir & Assoc,LLC) -108 Straube Ctr Blvd -Ste 17 -Pennington 08534 Fx:737-9611
Luthman, David A '77 -8359 Maple Av -Pennsauken 08109
Luthmann, Richd A '04 Luthmann Law Firm,PLLC -33 Wood Av S -Ste 600 -Iselin 08830 Fx:444-5925
Lutinger, Susan '08 -220 E 42nd -NY, NY 10017
Luttati, Carol M '87 -110 E 58th -3rd Fl -NY, NY 10155 Fx:829-0055
Lutter, Jody '02 -Bx194 -Cedar Grv 07009
Luttinger, David A Jr. '00 (Morgan L&B LLP) -101 Park Av -NY, NY 10178 Fx:309-6001
Luttrell, Lawr W '99 L Luttrell,PC -2137 Route 35 -3rd Fl -Holmdel 07733 Fx:(888) 655-7393
Luttrell, Stephen E '12 %Post & S,PC -1600 JFK Blvd -13th Fl -Phila, PA 19103 Fx:587-1444
Lutz, Edw C '67 (E Lutz,LLC) -1719 Route 10 -Ste 123 -Parsippany 07054 Fx:539-5200
Lutz, Henry J '87 %H Lutz & Co -Bx1247 -Linden 07036
Lutz, John T '90 (McDermott W&E LLP) -340 Mad Av -NY, NY 10173 Fx:547-5444
Lutz, Lindsay B C '90 -263 Dunn Rd -Brick 08723 Fx:477-6312
Lutz, Michl B '09 -16 Lakewood Dr -Medla, PA 19063
Lutz, Nicholas '12 -339 Fingal -Pitts, PA 15211
Lutz, Richd A Jr. '84 %McHugh & M -49 Rdgdl Av -E Hanover 07936 Fx:867-6237
Lutz Shafranski Gorin & Mahoney-77 Lvngstn Av -Bx596 -New Brnswck 08903 Fx:249-0634
Lutz, Thos P '90 -1201 New Rd -Ste 334 -Linwood 08221
Lutz, Tovia L '00 (Steinbach & L LLC) -121 Ridge Av -Passaic 07055 Fx:777-7812
Lutzky, Barry I '96 (Schiff H LLP) -665 5th Av -Ste 1700 -NY, NY 10103 Fx:753-5044
Lutzky, Jillian M '04 %Paul WRW&G LLP -10 Noble -Alder Castle -London EC2V 7JU United Kingdom
Luo, Huy C '01 -1442 6th Av -Oakland, CA 94606
Luo, Joan C '07 %Jackson L P,C -1010 Wshngtn Blvd -Ste 1 -Stmfrd, CT 06901 Fx:324-4704
Luo, Minh N '01 -26 Wnchstr Av -Hackettstwn 07840
Luvera, Ann M '87 -Dep 1st Asst Pros -32 Rahway Av -4th Fl -Eliz 07202 Fx:269-1267
Lux, Paul D '06 %Ward GH&R LLP -1835 Market -Ste 650 -Phila, PA 19103 Fx:836-2645
Luxenberg, Brooke '15 %Windels ML&M,LLP -120 Albany Street Plz -New Brnswck 08901 Fx:846-8877
Luxenberg, Scott J '84 (Menz& L) -3176 Route 27 -Rm 1D -Kendall Pk 08824 Fx:821-4788
Luzarraga, Alberto '86 -1345 Av of Amer -NY, NY 10105
Luzzetti, Kristi Jahnke '09 -353 E Woodind Rd -New Milfrd 07646
Luzzi, Jennifer A '04 -629 Prppny Rd -Parsippany 07054
Luzzi, Richd T '89 (Oler & L,LLC) -6 Apple Tree Ln -Sparta 07871 Fx:383-7030
Luzzi, Saadia C '89 %Law Dept -100 Church -NY, NY 10007 Fx:356-1148
Luzzi, Stephanie M '12 %Lemer P&R PA -26 Jrnl Sq -Ste 1102 -Jersey Cty 07306 Fx:653-6913
Lybeck, Mark R '72 Cenlar FSB -425 Philips Blvd -Ewing 08618 Fx:538-4035
Lydakis, Michl C '13 -55 Edgemere Dr -Albertson, NY 11507
Lyden-Horn, Alexander '08 -978 N Lexington -Phila, PA 19123
Lydon, Christine N '03 -100 Mulberry -Nwk 07102
Lydon, James C '83 -100 Dalngerfld -Alxndria, VA 22314 Fx:838-0447
Lyhovsky, Ben '01 -2769 Coney Isl -1st Fl -Brklyn, NY 11235
Lykins, Deane L '98 Insight Consulting Srvc -15 W Front -1st Fl -Tmtn 08608
Lyle, Peter A '05-Neuberger Berman LLC -605 3rd Av -NY, NY 10158
Lyles, R Desne '94 -319 E State -Trntn 08608
Lym, GI Yoon '97 Daewoo Intl (Am) Corp -300 Frank W Burr blvd -Ste 23 -Teaneck 07666 Fx:591-8092
Lym, Robyn '14 -285 George -Apt 908 -New Brnswck 08901
Lyman, George C '13 Asst Dep Pub Def -Law Guardian -157 W Wht Hrs Pk -Galloway 08205 Fx:748-7005
Lyman, Evan J '10 %Schiavetti CDW&N,LLP -575 8th Av -14th Fl -NY, NY 10018 Fx:262-0824
Lyman, Theo A III '09 (Villari &&L,LLC) -1600 Market -Ste 1800 -Phila, PA 19103 Fx:568-9920
Lynch, Adrienne C '81 %DA -15 Cmmnwlth Av -Woburn, MA 01801 Fx:897-8301
Lynch, Angel '91 -45 E Bway -Ste 6 -Long Bch, NY 11561
Lynch, Arthur V '88 -CertCivTrlAtty (Lynch LHR,PC) -440 Route 17 N -Hasbrouck Hts 07604 Fx:(888) 271-9726
Lynch, B Alicia '79 (Giblin & L) -10 Garber Sq -Ste 2 -Rdgwd 07450 Fx:670-3511
Lynch, Brian A '96 -100 Q Roosevelt Blvd -Gdn Cty, NY 11530
Lynch, Brian P '87 Calloway Golf Co -2180 Rutherford Rd -Carlsbad, CA 92008
Lynch, Brian P '95 Asst Pros -Justice Ct 10 Main -Ste 202 -Hack 07601 Fx:646-3794
Lynch, Brian Peter '88 -450 Richmond Av -Mplwd 07040
Lynch, Carly W '09 -2503 Frankford Av -Ste 2 -Phila, PA 19125
Lynch, Chas H '87-%Fano & K,PC -37 Vreeland Av -1st Fl -Totowa 07512 Fx:276-1288
Lynch, Christopher A '04 %Reed S LLP -599 Lex Av -22nd Fl -NY, NY 10022 Fx:521-5450
Lynch, Christopher M '11 White C&N,LLP -58 Hilton Av -Hempstd, NY 11550 Fx:489-1940

(973) 623-1822 ..Lynch, Colin M '99 %Zazzali FNK&F -1 Rvrfrnt Plz -Nwk 07102 Fx:623-2209
(215) 988-2741 ..Lynch, Colleen Dougherty '08 %Drinker B&R LLP -One Logan Sq -18th & Cherry -Phila, PA 19103 Fx:988-2757
(973) 477-3081 ..Lynch, Courtney E '99 -111 Brookw Dr -Woodcliff Lk 07677
(973) 477-3081 ..Lynch, Edmund E '69 -CertCivTrlAtty (Lynch & L) -12 2nd Av -Denvil 07834 Fx:(301) 495-3373
(312) 474-7900 ..Lynch, Eric E '92 (Meckler BTM&F LLP) -123 N Wacker Dr -Ste 1800 -Chi, IL 60606 Fx:474-7898
(732) 286-6400 ..Lynch, Eugenia M '91 1st Asst Dep Pub Def -236 Main -Toms Rvr 08753 Fx:286-6432
(732) 254-1221 ..Lynch, F Kevin '80 -2G Auer Ct -E Brnswck 08816 Fx:613-6195
Lynch, Gabrielle M '88 -222 Bosley Av -Towson, MD 21204
Lynch, Gerald M '98 -5 Pucilio Ln -Somerset 08873
Lynch, Helen Kelty '90 -101 Cardinal Ct -Montvale 07645
(973) 893-2090 ..Lynch, James P '78 OfCnsl Helmer C&K,PA -111 Wht Hrs Pk -Haddon Hts 08035 Fx:547-7797
(856) 547-7888 ..Lynch, James P '78 OfCnsl Helmer C&K,PA -111 Wht Hrs Pk -Haddon Hts 08035 Fx:547-7797
(212) 302-2400 ..Lynch, James R '84 (Lynch DE LLP) -264 W 40th -18th Fl -NY, NY 10018 Fx:302-2210
(800) 656-9529 ..Lynch, James S '92 -CertCivTrlAtty (Lynch LHR,PC) -440 Route 17 N -Hasbrouck Hts 07604 Fx:(888) 271-9726
(267) 280-2910 ..Lynch, Janet S '84 -28 Kasi Dr -Ivyland, PA 18974
Lynch, Jessica L '01 -109 Lex Av -Pitts, PA 15215
Lynch, Joann L '91 -399B Oxford Ln -Monroe Township 08831
(201) 867-2008 ..Lynch, John D '81 -1814 Knndy Blvd -Union Cty 07087 Fx:867-6654
Lynch, John F Jr. '67 -361 Route 31 -Flemngtn 08822
(212) 403-1000 ..Lynch, John F '97 (Wachtell LR&K) -51 W 52nd -NY, NY 10019 Fx:403-2000
Lynch, John J '09 -550 Grand -Rm G12E -NY, NY 10002
(732) 469-5151 ..Lynch, John T '58 -1952 Wshngtn Valley Rd -Bx490 -Martinsvll 08836 Fx:469-3114
Lynch, Jos J '08 '98 -(Address Unavailable)
(212) 940-3117 ..Lynch, Jos J '02 (Nixon P LLP) -437 Mad Av -NY, NY 10022 Fx:940-3111
(856) 309-0200 ..Lynch & Karch,LLC-1000 Wht Hrs Rd -Ste 703 -Voorhees 08043 Fx:309-3413
(856) 787-1358 ..Lynch, Kathleen '86 -1930 E Marlton Pk -Ste M65 -Chrry Hll 08003
(908) 322-7000 ..Lynch, Kelly A '86 %Brmmick RG&W,LLC -1827 E 2nd -Scotch Plns 07076 Fx:322-6997
(201) 497-1201 ..Lynch, Kevin J '76 -49 Hmpshr Rd -Wshngtn Twp 07676 Fx:4974208
(201) 845-1000 ..Lynch, Kevin M '98 (Forman HE&Y,LLC) -80 Route 4 E -Ste 290 -Paramus 07652 Fx:845-9112
(609) 751-5122 ..Lynch, L Luke '93 Lynch Law-Ofcs -245 Nassau -Prnctn 08540 Fx:751-5122
(609) 777-0222 ..Lynch, Lisa A '92 NJACC-Probation Srvcs Div -171 Jersey -Bx987 -Trntn 08625 Fx:421-5114
(973) 477-3081 ..Lynch & Lynch-12 2nd Av -Denvil 07834 Fx:(301) 495-3373
(800) 656-9529 ..Lynch, Lynch Held Rosenberg,PC-440 Route 17 N -Hasbrouck Hts 07604 Fx:(888) 271-9726
(973) 944-2465 ..Lynch, Mark W '82 Dalichi Sankyo,Inc -2 Hilton Ct -Parsippany 07054
(609) 265-5035 ..Lynch, Matthew D '14 -8 James -Lincroft 07738
(609) 633-6687 ..Lynch, Matthew G '12 Dep Atty Gen -Bx112 -Trntn 08625
(516) 229-6000 ..Lynch, Megan E '11 %R Lau & Assoc -300 Jericho Quad -Ste 260 -Bx9040 -Jericho, NY 11753 Fx:229-6167
(609) 371-1533 ..Lynch, Michl B '97 -29 Cranbury Rd -Prnctn Jct 08550
(732) 223-1800 ..Lynch, Michl J '00 %Carton Law Firm,LLC -40 Union Av -Bx367 -Manasquan 08736 Fx:223-2952
Lynch, Michl P '96 -40 W 23rd -NY, NY 10010
(212) 729-1096 ..Lynch, Nancy E '99 Englewood Cptl Mgmt LLC -350 Park Av -18th Fl -NY, NY 10022
(215) 587-1600 ..Lynch, Peter J '81 (Christie S&Y,PC) -1880 John F Knndy Blvd -10th Fl -Phila, PA 19103 Fx:587-1699
Lynch, Robt T '06 -2733 Meyer Pl -Phila, PA 19114
(856) 309-0200 ..Lynch, Robt W '69 (Lynch & K,LLC) -1000 Wht Hrs Rd -Ste 703 -Voorhees 08043 Fx:309-3413
(609) 919-6600 ..Lynch, Sean P '02 OfCnsl Morgan,L&B LLP -502 Carnegie Ctr -Prnctn 08540 Fx:919-6701
(571) 275-2490 ..Lynch, Sharon S '10 -2016 N Inglewood -Arlngtn, VA 22205
Lynch, Tamika R '07 -14026 Saddlehll Ct -Jacksonville, FL 32258
(856) 703-2130 ..Lynch, Terence J '12 Cnsl WE Staehle -525 Route 73 N -Ste 407 -Martton 08053 Fx:(855) 857-9823
Lynch, Thos G '73 -4408 Brinline Av -Union Cty 07087
Lynch, Wm H Jr. '87 -353 Rapil Woods -Paoli, PA 19301
(201) 348-6000 ..Lynes, Martha D '89 (Chasan L&L,PC) -300 Harmon Meadow Blvd -6th Fl -Secaucus 07094 Fx:348-6633
(202) 625-3686 ..Lynn, Christopher J '84 (Katten MR LLP) -2900 K NW -Ste 200 -Wash, DC 20007 Fx:295-1118
Lynn, Christopher R '84 -2415 Qns Plz N -Unit 5D -Long Isl Cty, NY 11101
(973) 994-6677 ..Lynn, Danl A '85 -CertWrkrsCompLawAtty (Raff,HS&M) -570 W Mt Pisnt Av -Lvngstn 07039 Fx:535-0713
(973) 639-7940 ..Lynott, Keith E '81 (McCarter & E) -100 Mulberry -Gateway 4 -Nwk 07102 Fx:624-7070
(973) 733-3516 ..Lynwander, Julie E '93 %Catholic Cmmnty Srvcs -976 Broad -Nwk 07102 Fx:733-9631
(973) 822-1822 ..Lyon, Christopher F '13 -1 West -Apt 2305 -NY, NY 10004
Lyon, Glassman-Leites & Modi,LLC-215 Rdgdl Av -Bx409 -Florham Pk 07932 Fx:822-9212
(610) 275-2000 ..Lyon, Michl J '09 %Kane PKT&K,LLP -510 Swede -Norristown, PA 19401 Fx:275-2018
(973) 822-1822 ..Lyon, Rexford L '67 (Lyon GL&M,LLC) -215 Rdgdl Av -Bx409 -Florham Pk 07932 Fx:822-9212
(212) 858-4000 ..Lyons, Adam E '01 -222 Camino De La Terra -Corrales, NM 87048
Lyons, Anna M '09 FINRA -1 Lbrty Plz -47th Fl -NY, NY 10006
Lyons, Beth S '87 -Bx3362 -Gutenbrg 07093

REF. DESK
R 347
NEW
1/17

# 2017

## NEW JERSEY
## LAWYERS DIARY

AND

## MANUAL®

INCLUDING
THE OFFICIAL BAR DIRECTORY OF NEW JERSEY

*ONE HUNDRED TWENTY-EIGHTH YEAR*



NEW JERSEY LAWYERS DIARY AND MANUAL®

P.O. Box 1027, Summit, N.J. 07902-1027

(973) 642-1440

FAX: (973) 642-4280

E-mail: mail@lawdiary.com

Visit our web site at http://www.lawdiary.com

JOHNSON PUBLIC LIBRARY
274 MAIN STREET
HACKENSACK

---

The New Jersey Lawyers Diary and Manual® is also available in an electronic version,
**LDMonline,**
which also gives you, at no extra cost, legal productivity calculators, including date calculators.
Be prepared for those days when every minute counts and getting everything right is crucial.
Call us at (973) 642-1440, ext. 2 for further details on this invaluable time saver.

---

**EXHIBITION D**

Courts & Officials

Costs & Fees

Mileage Lists

County Information

Municipal Directory

Departments & Agencies

Judges Directory

**Left column (partially cropped):**

.Sidley A LLP -787 7th Av -NY...
(klaters) -1345 Av of Amer -19th Fl...
-353 E Woodlnd Rd -New Mltrd...
Prsppny Rd -Parsippany 07054
L,LLC) -6 Apple Tree Ln -Sparta...
: Dept -100 Church -NY, NY 10007
Jrnl Sq -Jersey Cty 07306
ne K,PC -666 3rd Av -23rd Fl -NY...
88-978 N Leithgow -Phila, PA 1912?
0 Mulberry -Nwk 07102
Deingerfld -Alxndria, VA 22314
Coney Isl -1st Fl -Brklyn, NY 1122?
nt Consulting Srvc -15 W Front...
E State -Trntn 08606
intl (Am) Corp -3000 Frank W Bu...
Fx:591-8092
,M LLP -462 5th Av -18th Fl -NY...
asst Dep Pub Def-Law Guardian
louay 08205 Fx:748-7005
iavetti CDW&N,LLP -575 8th Av...
3824
wy BFR,PC -89 N Hddn Av -Ste...
95-9806
llari L&L,LLC) -1600 Market -Ste...
8-9920
DA -15 Cmmnwlth Av -Woburn...
3way -Ste 6 -Long Bch, NY 11561
tCivTrtAtty (Lynch LHR,PC)
rouck Hts 07604 Fx:(888) 271-972?
in & L) -10 Garber Sq -Ste 2 -Rid...
Q Roosevelt Blvd -Gdn Cty, NY 11?
wsy Golf Co -2180 Rutherford Rd
Pros -Justice Ctr 10 Main -Ste 22?
450 Richmond Av -Mplwd 07048
33 Frankford Av -Ste 2 -Phila, PA 191?
no & K,PC -37 Vreeland Av -1st Fl-?
4 %Reed S LLP -599 Lex Av -22nd ?
1 White C&N,LLP -58 Hilton Av -He?
azzalli FNK&F -1 Rvrfrnt Plz -Nwk 07?
rty '08 AmeriGas Propane -460 N G?
9406
-111 Brookvw Dr -Woodcliff Lk 0767?
CertCivTrtAtty (Lynch & L) -12 3rd ?
) 495-3373
kler BTM&P LLP) -123 N Wacker D?
06 Fx:474-7896
1st Asst Dep Pub Def -236 Main -Trn?
; Auer Ct -E Brnswck 08616 Fx:51?
5 Pucilio Ln -Somerset 08873
%Sltts C&G PC -1 Rvrfrnt Plz -Nwk ?
-13 Cardinal Ct -Montvale 07645
ummus Tech,inc -1515 Broad -Bloo?
fCnsl Heimer C&K,PA -111 Wht Hrs ?
Fx:547-7797
ynch DE LLP) -137 W 26th -5th Fl ?
CertCivTrtAtty (Lynch LHR,PC)
abrouck Hts 07604 Fx:(888) 271-972?
-109 Lex Av -Pitts, PA 15215
99B Oxford Ln -Monroe Townshp 08?
314 Knndy Blvd -Union Cty 07087
-361 Route 31 -Flemngtn 08822
achtell LR&K) -51 W 52nd -NY, NY ?
50 Grand -Rm G12E -NY, NY 10007
952 Wshngtn Valley Rd -Bx490 -Mrti?
ddress Unavailable]
,C -1000 Wht Hrs Rd -Ste 703 -Voo?
-1930 E Marlton Pk -Ste M65 -Chrr?
Brnmick RG&A&M,LLC -1827 E 2nd ?
Fx:322-6997
19 Hmpshr Rd -Wshngtn Twp 076?
eClairRyan, PC) -1 Rvrfrnt Plz -789 ?
ynch Law Ofcs -245 Nassau -Prnct?
JAOC-Probation Srvcs Div -171 Jfs?
1-5114
2nd Av -Denvil 07834 Fx:(301) 49?

(908) 858-9529 .. Lynch Lynch Held Rosenberg,PC -440 Route 17 N -Hasbrouck Hts 07604 Fx:(888) 271-9726
(973) 542-2465 .. Lynch, Mark W '82 Daiichi Sankyo,inc -2 Hilton Ct -Parsippany 07054
(973) 285-5035 .. Lynch, Matthew D '14 -8 James -Lincroft 07738 -Mt Holly 08060 Fx:265-5007
(973) 833-8687 .. Lynch, Matthew J '12 Dep Atty Gen -Bx112 -Trntn 08625
(973) 259-8000 .. Lynch, Megan E '11 %R Lau & Assoc -300 Jericho Quad -Ste 260 -Bx9040 -Jericho, NY 11753 Fx:229-6167
(973) 371-1533 .. Lynch, Michl F '03 %L Bauman -50 Millstone Rd -Bldg 300-140 -E Windsor 08520 Fx:(877) 369-5792
(973) 223-1800 .. Lynch, Michl J '00 %Carton Law Firm,LLC -40 Union Av -Bx367 -Manasquan 08736 Fx:223-2562
Lynch, Michl P '96 -d '81 Christie J H -Freehold 07728
(973) 729-1096 .. Lynch, Nancy E '99 Eaglewood Cpt Mgmt LLC -350 Park Av -18th Fl -NY, NY 10022
(973) 587-1600 .. Lynch, Peter J '81 (Christie & Y PC) -1880 John F Knndy Blvd -10th Fl -Phila, PA 19103 Fx:587-1696
Lynch, Robt T '06 -2733 Meyer Pl -Phila, PA 19114
(973) 309-0200 .. Lynch, Robt W '69 (Lynch & K,LLC) -1000 Wht Hrs Rd -Ste 703 -Voorhees 08043 Fx:309-3413
(973) 919-6600 .. Lynch, Sean P '02 OfCnsl Morgan,L&B LLP -502 Carnegie Ctr -Prnctn 08540 Fx:919-6701
(973) 775-2490 .. Lynch, Sharon S '10 -2016 N Inglewood -Arlngtn, VA 22205
Lynch, Tamika R '07 -14026 Saddlehill Ct -Jacksonville, FL 32258
(973) 703-2130 .. Lynch, Terence J '12 Cnsl WE Staehle -525 Route 73 N -Ste 407 -Marlton 08053 Fx:(855) 857-9823
Lynch, Thos G '73 -4808 Brgnline Av -Union Cty 07087
Lynch, Wm H Jr. '87 -353 Paoli Woods -Paoli, PA 19301
(973) 348-6000 .. Lynch, Martha D '89 (Chasan L&L,PC) -300 Lighting Way -Secaucus 07094 Fx:348-6633
(973) 525-3686 .. Lynes, Timothy J '84 (Katten MR LLP) -2900 K NW -Ste 200 -Wash, DC 20007 Fx:295-1118
Lynn, Christopher R '84 -2415 Qns Plz N -Unit 5D -Long Isl Cty, NY 11101
(973) 994-8677 .. Lynn, Danl A '85 -CertWrkrsCompLawAtty (Braff HS&M) -570 W Mt Plsnt Av -Lvngstn 07039 Fx:535-0713
Lynn, Grainne '15 -3200 Schl Hse Ln -Phila, PA 19144
Lynn, Geoffrey E '16 -509 Rdgwd Rd -Mplwd 07040
(973) 539-7940 .. Lynott, Keith E '81 (McCarter & E) -100 Mulberry -Gateway 4 -Nwk 07102 Fx:624-7070
(973) 490-3000 .. Lynott, Patrick F '16 %Wilson EME&D LLP -150 E 42nd -NY, NY 10017 Fx:490-3038
(973) 233-3516 .. Lynwander, Julie E '93 %Catholic Cmmnty Srvcs -976 Broad -Nwk 07102 Fx:733-9631
(973) 997-7100 .. Lynn, Christopher F '13 %Wood SH&B LLP -685 3rd Av -18th Fl -NY, NY 10017 Fx:999-7139
(973) 822-1822 .. Lyon Glassman Leites & Modi,LLC -215 Rdgdl Av -Bx409 -Florham Pk 07932 Fx:822-9212
(973) 275-2000 .. Lyon, Michl J '09 %Kane PKT&K,LLP -510 Swede -Norristown, PA 19401 Fx:275-2016
(973) 822-1822 .. Lyon, Rexford L '67 (Lyon GL&M,LLC) -215 Rdgdl Av -Bx409 -Florham Pk 07932 Fx:822-9212
Lyons, Beth S '87 -8x3362 -Guttenbrg 07093
Lyons, Brett J '04 -203 Reading Cir -Brdgwtr 08807
Lyons, Courtney J '14 -4750 Lincoln Blvd -Apt 11 -Marina Del Rey, CA 90292
(973) 222-0166 .. Lyons, Craig H '99 %Lyons D&V,PC -136 Gaither Dr -Ste 100 -Mt Laurel 08054 Fx:222-1711
(973) 466-0840 .. Lyons, Danl J Jr. '82 -86 E Broad -Bx92 -Hopewell 08525 Fx:466-9588
(973) 222-0166 .. Lyons, David R '72 (Lyons D&V,PC) -136 Gaither Dr -Ste 100 -Mt Laurel 08054 Fx:222-1711
(973) 222-4081 .. Lyons, Diane R '89 Asst Dep Pub Def -210 S Broad -2nd Fl -Trntn 08608 Fx:777-0892
(973) 222-0166 .. Lyons Doughty & Veldhuis,PC -136 Gaither Dr -Ste 100 -Mt Laurel 08054 Fx:222-1711
(973) 334-4537 .. Lyons, Francis R X '76 -74 Knapp Av -Trntn 08610 Fx:585-3308
(973) 222-4081 .. Lyons, Jessica A '03 Dep Pub Def -210 S Broad -2nd Fl -Trntn 08606 Fx:777-0892
(973) 337-0000 .. Lyons, John M '09 %Hughes H&R LLP -1 Bttry Pk Plz -NY, NY 10004 Fx:422-4726
(973) 383-1300 .. Lyons, Katherine '04 %NJ Manufacturers Ins Co -Sullivan Way CN 00128 -W Trntn 08628 Fx:671-3053
(973) 584-2400 .. Lyons, Kirk M H '91 (Lyons & F,LLP) -1 Exch Plz -Ste 1501 -NY, NY 10006 Fx:584-4589
Lyons, Kristy K '03 -203 Reading Cir -Brdgwtr 08807
(973) 222-0166 .. Lyons, Laurie H '03 %Lyons D&V,PC -136 Gaither Dr -Ste 100 -Mt Laurel 08054 Fx:222-1711
(973) 757-1100 .. Lyons, M Trevor '97 (Walsh POF LLP) -1037 Raymnd Blvd -Ste 600 -Nwk 07102 Fx:757-1090
(973) 884-9900 .. Lyons, Matthew P '93 (Cnty Cnsl) -2 S Broad -Bx337 -Woodbury 08096
(973) 388-2700 .. Lyons, Megan K '14 %Drinker B&R LLP -One Logan Sq -18th & Cherry -Phila, PA 19103 Fx:388-2757
(973) 283-5100 .. Lyons, Patricia R '01 (Viscomi & L) -360 Mt Kemble Av -Mrrstwn 07960 Fx:(803) 334-7460
(973) 596-3000 .. Lyons, Raymond T '73 Cnsl Fox R LLP -997 Lenox Dr -Bldg 3 -Lwrncvll 08648 Fx:896-1469
Lyons, Reed Douglas '06 -One Logan Sq -Phila, PA 19103
(973) 823-3333 .. Lyons, Richd G '14 %Bertone P LLP -777 Terrace Av -Ste 201 -Hasbrouck Hts 07604 Fx:483-9167
(973) 896-0910 .. Lyons, Robt M '15 %Sullivan & K LLP -980 Av of Amer -Ste 405 -NY, NY 10018 Fx:689-6500
(973) 575-5777 .. Lyons, Samantha A '12 -231 Todd Rd -Katonah, NY 10536
Lyons, Theresa A '02 -CertMrnnrLawAtty (Lyons & Assoc,PC) -76 E Main -2nd Fl -Smrvll 08876 Fx:575-7711
(973) 742-7170 .. Lyons, Timothy D '90 -CertCivTrtAtty (Davison E&M,PA) -100 Willow Brook Rd -Ste 100 -Freehold 07728 Fx:462-8955
(973) 221-4700 .. Lyons-Boswick, Kathleen '84 Asst Pros -50 W Market -County Courts Bldg -Nwk 07102 Fx:621-4580

(908) 753-0444 .. Lyte, Suzanne M '85 (Lyte & Assoc,LLC) -1550 Park Av -Ste 201 -Bx284 -S Plainfld 07080 Fx:753-0011
(201) 451-1400 .. Lytle, Patricia K '83 OfCnsl Schumann H LLC -Hrbrsd Plz 10 -3 Second Ste 1201 -Jersey Cty 07311 Fx:432-3103
(609) 275-0400 .. Lytle, Robt E '90 (Szaferman LB&&,PC) -101 Grovers Mill Rd -Ste 200 -Lwrncvll 08648 Fx:275-4511
(201) 968-1700 .. Lytle, David F '81 -411 Hicknsck Av -3rd Fl -Hack 07601 Fx:968-1710
(732) 846-7600 .. Lyttie, John W Jr. '69 (Windels ML&M,LLP) -120 Albany Street Plz -New Brnswck 08901 Fx:846-8677
(718) 935-4531 .. Lyttie, Tiffany I '06 NYC Dept of Educ -65 Court -Ste 1102 -Brklyn, NY 11201
(845) 429-2922 .. Lyubarskiy, Igor '04 -196 Ramapo Rd -Garnervll, NY 10923 Fx:(206) 600-5297
(732) 855-6038 .. Lyubarsky, Alex '01 (Wilentz G&S) -90 Wdbrdg Ctr Dr -Ste 900 Box 10 -Wdbrdg 07095 Fx:726-6690
Lyubarsky, Stella '10 -56 Sandra Cir -Wstfld 07090
Ma, Aileen T '09 -8x621 -Sta Monica, CA 90406
(212) 267-1650 .. Ma, Annie '01 %Fine O&A,LLP -39 Bway -Ste 1910 -NY, NY 10006 Fx:962-5619
Ma, Di '15 -424 Sand Crk Rd -Apt 529 -Albany, NY 12205
(732) 745-3300 .. Ma, Jessica Y '13 Asst Pros -25 Krkptrck -3rd Fl -New Brnswck 08901 Fx:745-2791
Ma, Jing '05 -720 47th -Sarasota, FL 34234
(212) 490-3000 .. Ma, Tina C '09 %Wilson EME&D LLP -150 E 42nd -NY, NY 10017 Fx:490-3038
Ma, Vanessa L '14 -14 Tricorne Ct -Holmdel 07733
(412) 391-6984 .. Ma, Yue Matthew '15 %Fox R LLP -500 Grant -Ste 2500 -Pitts, PA 15219 Fx:391-6984
Maas, Arl L '14 -44 Timberline Dr -Nanuet, NY 10954
(212) 513-7788 .. Mabanta, Katie A '06 %Ahrnuty D&M -199 Water -NY, NY 10038 Fx:513-7843
Mabey, Warren K '10 -5 Hedgerow Ln -Pilesgrove 08098
(732) 606-9100 .. Mable, Benjamin H III '00 -769 Route 9 -Bayvil 08721 Fx:606-9696
(973) 538-6890 .. Macaluso, Caris D '98 (Jackson L PC) -220 Hdqrtrs Plz-E Twr -7th Fl -Mrrstwn 07960 Fx:540-9015
(717) 532-4832 .. Macaluso, Jos A '79 -9614 Rowe Run Loop -Shippensburg, PA 17257
(609) 514-0300 .. Macaluso, Peter M '00 Rockwood Spec,inc -100 Overlook Ctr -Prnctn 08540
(201) 343-7400 .. Macaluso, Richd W '73 -55 State -Hack 07601 Fx:487-5583
(973) 779-1163 .. Macaluso, Roy R '87 (Fusco & M) -150 Passaic Av -Bx836 -Passaic 07055 Fx:779-5437
(212) 461-6122 .. Macaluso, Wendy L '95 %Fiden & N,LLP -845 3rd Av -11th Fl -NY, NY 10022 Fx:682-9671
Macam, Victor I '04 -301 Ginwood Ct -Fuquay Varina, NC 27526
(215) 850-2245 .. Macan, W Andrew '03 Axalta Coating Systems -2001 Market -Ste 3600 -Phila, PA 19103
Macari, Jessica L '12 -1821 Kenyachy Manor Way -Raleigh, NC 27612
(973) 622-4444 .. Macarone, Jessica J '01 %McCarter & E -100 Mulberry -Gateway 4 -Nwk 07102 Fx:624-7070
(212) 307-5500 .. MacArthur, Andrew P '07 %Venable LLP -1270 Av of Amer -24th Fl -NY, NY 10020 Fx:307-5598
MacArthur, Geoffrey W '06 -67 Water -Rm 21 -Perth Amboy 08861
(856) 435-1330 .. Macary, Jos P '85 (Dilts M&C) -811 Church Rd -Ste 105 -Chrry Hll 08002
(856) 225-8400 .. MacAulay, Grace C '92 Asst Pros -25 N Fifth -Camden 08102 Fx:963-0080
Macaulay, Matthew K '13 -3645 Mannion Rd -Saginaw, MI 48603
MacAvoy, Patrick D '06 -132 Queen -Phila, PA 19147
(610) 941-2972 .. MacBride, Jonathan R '97 %Zelle HK&M,LLP -200 Barr Hrbr Dr -Ste 400 -W Conshohocken, PA 19428
Maccario, Jos A '79 -7917 11th Av -Brklyn, NY 11228
(212) 363-7500 .. Maccarone, Courtney E '11 %Levi & K LLP -30 Broad -24th Fl -NY, NY 10004 Fx:363-7171
(973) 648-4581 .. Maccarone, Jas J '13 Dep Atty Gen -124 Halsey -Bx45029 -Nwk 07101
(973) 778-3121 .. Maccarone, Jos T '79 -335 Passaic Av -Lodi 07644 Fx:778-4858
(609) 984-3879 .. Maccaroni, Cheryl '84 Dep Atty Gen -Bx094 -Trntn 08625 Fx:984-2799
MacCarthy, June DuBois '01 -227 N Brookfld Rd -Chrry Hll 08034
(908) 713-9008 .. Macce, John C '90 -CertCivTrtAtty (Macce & C,PC) -17 E Main -Clinton 08809 Fx:713-9009
(504) 568-9393 .. Macchia, Anthony '18 '95 %dutoit S&K -400 Lafayette -Ste 200 -New Orleans, LA 70130 Fx:524-1933
(609) 254-6188 .. Macchi, Christopher J '16 -7407 Horizon Rock Av -Las Veg, NV 89179
(973) 642-1900 .. Macchia, George M '98 %Epstein B&G,PC -One Gtwy Ctr -13th Fl -Nwk 07102 Fx:642-0099
(732) 750-5300 .. Macchia, Paul B '94 NJ Tpke Auth -Bx042 -Wdbrdg 07095 Fx:750-5384
(973) 877-6400 .. Macchiaverna, Elizabeth S '10 %Friedman KS&A LLP -1 Gtwy Ctr -25th Fl -Nwk 07102 Fx:877-6401
(561) 361-8526 .. Macci, Lisa M '89 (LM Macci,PA) -2255 Glades Rd -Ste 324A -Boca Raton, FL 33431 Fx:862-7514
Maccia, Michi A '03 -17 Academy -Nwk 07102
Mac Clintock, Heather L '10 -3009 W Barrett -Seattle, WA 98199
(215) 988-2700 .. Macconi, John A Jr. '04 -300 Delaware Av -Wlmngtn, DE 19801
MacCracken, John A '78 -230 Audmar Dr -Mc Lean, VA 22101
MacCready, Kellie M '05 %Drinker B&R LLP -One Logan Sq -18th & Cherry -Phila, PA 19103 Fx:988-2757
(201) 610-1353 .. MacDermott, Julia S '03 -815 4th -Ste 401 -Hoboken 07030
MacDonald, Andrew M '15 -2021 Chestnut -Apt 408 -Phila, PA 19103
(917) 385-1001 .. MacDonald, Angelo G '87 -200 W 60th -Ste 3C -NY, NY 10023 Fx:(212) 956-1009
(856) 848-5858 .. MacDonald, Arthur J Jr. '70 (Holston MUZ,PA) -66 Euclid -Woodbury 08096 Fx:848-1898
(717) 233-3874 .. MacDonald, Brett W '98 -941 Sunny Hill Ln -Hrrsbrg, PA 17111

Lynch & Kleiner, LLP
75 Essex Street, Suite 104
Hackensack, NJ 07601
(201) 441-9044
Attorneys for Plaintiff

FILED
MAY 22 2001
CLERK

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – BERGEN COUNTY
DOCKET NO:

BER L4320-9

_____

Yong C. Son

                    Plaintiff

Vs.

Pum Yang Express USA, Inc.
And John Doe, Inc.
(fictitious names)

                    Defendant
_____

CIVIL ACTION

**COMPLAINT and
JURY DEMAND**

Plaintiff, Young C. Son, residing at 63 Hobart Street, Ridgefield Park,

New Jersey, by way of complaint against the defendants, says:

### ***FIRST COUNT***

1.   On July 8, 1996 plaintiff entered into a contract with defendant, Pum

     Yang Express USA, Inc. and/or John Doe, Inc. to ship various cameras,

     video equipment, film accessories and other items from Jersey City,

     New Jersey to Seoul, Korea.

2.   At no time was plaintiff told by any representative of the defendant

     that this equipment with a few possible exceptions would not be

     considered as moving furniture and would not be duty free.

3.   Said items were shipped to Seoul, Korea and were detained for more

     than a year because of custom clearance.  When plaintiff finally

**EXHIBITION  E**

received the goods, a large portion of them were missing.

4. Defendant failed to adequately perform their obligations under the subject contract as above described.

5. As a result of this breach of contract, plaintiff has suffered monetary and other losses above described.

**WHEREFORE**, Plaintiff demands judgment against the defendants for damages, attorneys fees, interest and cost of suit.

Dated: May 21, 2001

_____
Thomas G. Lynch
Attorney for Plaintiff

### SECOND COUNT

1. Plaintiff repeats each and every allegations of the First Count as if fully set forth herein.

2. As a result of the defendant's failure to perform their obligations of the subject contract as above described, plaintiff had no means of work or income between July 1996 and November 1997.

**WHEREFORE** Plaintiff demands judgment against the defendants for damages, attorneys fee, interest and costs of suit.

Dated: May 21, 2001

_____
Thomas G. Lynch
Attorney for Plaintiff

## CERTIFICATION OF COUNSEL

In accordance with Rule 4:5-1, I certify that there are no other actions or arbitration proceedings either pending or contemplated with respect to the within matter.

Dated:  May 21, 2001

Thomas G. Lynch
Attorney for Plaintiff

## JURY DEMAND

Pursuant to Rule 4:35-1, the Plaintiffs, hereby demand a trial by Jury on all issues.

## DESIGNATION OF TRIAL COUNSEL

Pursuant Rule 4:25-1, Thomas G. Lynch, is hereby designated as Trial Counsel of this matter.

Dated: May 21, 2001

Thomas G. Lynch
Attorney for Plaintiff

If you can not afford to pay an attorney, call a Legal Services Office. An individual not eligible for free legal assistance may obtain a referral to an attorney by calling a county lawyer referral service. These numbers may be listed in the yellow pages of your phone book or may be obtained by calling the New Jersey State Bar Association Lawyer Referral Service toll-free 800-367-0089. The phone numbers for the county in which this action is pending are: Lawyer Referral Service, 201-488-0044, Legal Services Office 201-487-2166.

DATED: May 30, 2001

Donald Phelan, Clerk of the Superior Court

Name of Defendant to be Served: **Pum Yang Express USA, Inc.**
Address of the Defendant to be Served: **425 Victoria Terrace**
**Ridgefield, NJ 07657**

## CERTIFICATION

I certify that I, Jack Brickell, on May 30, 2001, served the within

Summons and Complaint upon the defendant, Pum Yang Express, USA, Inc.,

specifically on _____. I certify that the foregoing statement

made by me is true. I am aware that if any of the foregoing statements

made by me are willfully false, I am subject to punishment.

Dated: May 30, 2001

Jack Brickell

Lynch & Kleiner, LLP
75 Essex Street, Suite 104
Hackensack, NJ 07601
(201) 441-9044
Attorneys for Plaintiff

SUPERIOR COURT BERGEN COU.
FILED
JUN 1 5 2001
DEPUTY CLERK

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – BERGEN COUNTY
DOCKET NO: BER-L-4320-01

---

Yong C. Son

                  Plaintiff

Vs.

Pum Yang Express USA, Inc.
And John Doe, Inc.
(fictitious names)

                  Defendant

---

CIVIL ACTION

**SUMMONS**

     From The State of New Jersey, To the Defendant(s) Named Above:
**Pum Yang Express USA, Inc.**

The Plaintiff, named above, has filed a lawsuit against you in the Superior
Court of New Jersey.  The Complaint attached to this summons states the
basis for this lawsuit.  If you dispute this Complaint, you or your attorney
must file a written Answer or motion and proof of service with the Deputy
Clerk of the Superior Court in the county listed above within 35 days from
the date you received this summons, not counting the date you received it.
(The address of each deputy clerk of the Superior Court is provided.)  An
$110.00 filing fee payable to the Clerk of the Superior Court and a
completed Case Information Statement (available from the deputy clerk of
the Superior Court) must accompany your Answer or motion when it is filed.
You must also send a copy of your Answer or motion to plaintiff's attorney
whose name and address appear above, or to plaintiff, if no attorney is
named above.  A telephone call will not protect your rights; you must file
and serve a written Answer or motion (with fee and completed Case
Information Statement) if you want the court to hear your defense.

If you do not file and serve a written Answer or motion within 35 days, the
court may enter a judgment against you for the relief plaintiff demands, plus
interest and costs of suit.  If judgment is entered against you, the Sheriff
may seize your money, wages or property to pay all or part of the judgment.



# PUM YANG EXPRESS U.S.A., INC.
55 EDWARD HART DRIVE, JERSEY CITY, N.J. 07305
TEL : (201) 413-9700 • FAX : (201) 413-0767

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

GNEE

SON, YONG CHUL

| ITEM NO. | ARTICLES | VALUE | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION | REMARKS |
|---|---|---|---|---|---|
| 1 | 출장가방 | | | #31 | 파림 Cutler-9PC |
| 2 | (Camera 다리) | | | #32 | Laminator |
| 3 | | | | #33 | 색 조정기 |
| 4 | | | | #34 | 노출기 (2PC) |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | 전기 부품 | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | * all goods used 컵 Same | |
| 17 | | | | | |
| 18 | | | | Damaged | |
| 19 | 이화 현상기 (2PC) | | | | |
| 20 | 3M 현상기 (Processor) | | | | |
| 21 | 유리 테이블 | | | | |
| 22 | 필림 인경기 | | | | |
| 23 | 필림 측정기 | | | | |
| 24 | 테이블 다리 | | | | |
| 25 | Encomatic processor | | | | |
| 26 | 필림 현상기 | | | | |
| 27 | 현상 약통 (2PC) | | | | |
| 28 | 위통 | | | | |
| 29 | 물통속 (2PC) | | | | |
| 30 | 필림통 | | | | |

# "We have checked all the terms listed and numbered 1 to **34** inclusive and knowledge that this is a true and complete list of the goods tendered and of the state of the goods received."
# This is to acknowledge that the goods has to be insured by shipper and we will not be responsible for any damages or lose of the goods unless the goods is insured by the owner of goods(shipper).

| | CONTRACT OR CARRIER OR AUTHORIZED AGENT(DRIVER) | DATE 7/8/86 | | AT DESTINATION | Seoul , Korea |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | | | | |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE | | | |

...sed by arrests restraints or detainments of kings Princes
Peoples Usurpers or persons attempting to usurp power.

In the event of loss or damage arising under this
Policy, no claims will be admitted unless a survey has
been held with the approval of this Company's Office
of Agents specified in this Policy.

Jeung Woo Shin 

**34** items sent July 8, 1996
**7** items received November 7, 1997 (in Korea)

## ITEMS MISSING

| Name | Estimated Value |
|---|---|
| 1. Dark room equipment | $2000 |
| 2. Camera | |
| 3. Projector | |
| 4. Tripod | $8500 (for 2,3,4) |
| 5. Machine parts (including Life-timer, Transformer Norman P 800-D, electric wires, light bulbs) 14 parts altogether. | $12500 |
| 6. Agfa Gevazrt Graphic Arts Model 579 (2) | $23000/ea. $46000 |
| 7. Jobo Type 460 | $23000 |
| 8. Glass light table | $4500 |
| 9. Crosfield 636 Generator | $55000 |
| 10. Life-timer | $3500 |
| 11. Cromega-B Enlarger | $22000 |
| 12. Chemical containers (2) | $850/ea.  $1700 |
| 13. Air compressor | $7500 |
| 14. Chemical hose (2) | $350/ea.  $700 |
| 15. Roll film dispenser MD-261 | $2500 |

**Total**
$189,400

## ITEMS CLAIMED

Name

1. Color Counter Turbo MR-424
2. Crosfield Magna 636
3. Naps Processor CF-251
4. Film cutter (9)
5. Printing laminator
6. Smart Densitometer Cosar 9953
7. Exposer system (2)

*Signature of Owner* _____

*Date* _____3/14/2000_____

N SUPERIOR COURT
N COUNTY COURTHOUSE
N COUNTY JUSTICE CENTER
NSACK NJ 07601-7680

                              ARBITRATION HEARING

HONE: (201) 646-2354                    MARCH 06, 2002
     8:30 AM - 4:30PM
5
            DOCKET: BER - L -004320-01
            SON VS PUH YANG EXPRESS USA INC

 CASE HAS BEEN SELECTED FOR MANDATORY, NON-BINDING ARBITRATION. THE ARBITRATION HEARING
CHEDULED ON MAY 21, 2002 AT 11:00AM.     ADJOURNED FROM MARCH 04, 2002

INQUIRIES SHOULD BE DIRECTED TO THE ARBITRATION ADMINISTRATOR.     IF  THE  CASE  HAS  BEEN
LED, THE ADMINISTRATOR SHOULD BE NOTIFIED IMMEDIATELY BY PHONE, AND THE NOTICE OF
EMENT FORM SHOULD BE SUBMITTED PROMPTLY. CASES ASSIGNED TO ARBITRATION MAY BE SUBJECT TO
VAL PURSUANT TO R. 9:21A-1. AT LEAST 10 DAYS BEFORE THE HEARING, A STATEMENT OF FACTS AND
ES MUST BE SUBMITTED TO ALL OPPOSING PARTIES.

SE REPORT TO:   COURT ROOM: 415                    THOMAS G LYNCH
                                                    LYNCH & KLEINER
                                                    75 ESSEX STREET
                                                    SUITE 104
                                                    HACKENSACK NJ 07601

EXHIBITION F

# MAYCHER LYNCH BARTZOS LLP

## *Counsellors At Law*

MOUNT PLEASANT AVENUE
POST OFFICE BOX 3308
Certified Civil Trial Attorney
Diplomate NJ Municipal Law
NJ & NY Bars

WALLINGTON, NEW JERSEY 07057
B.N.Y. BUILDING; CORNER PATERSON AVENUE
(201) 438-7770
Fax (201) 438-5726
E-mail: office@damlaw.com

Dennis A. Maycher*†‡
Thomas G. Lynch
Timothy J. Bartzos

Ralph A. Leder (1936-1992)

'REPLY WALLINGTON ONLY

March 13, 2002

Mr. Yong C. Son
63 Hobart Street
Ridgefield Park, NJ 07660

     Re: Son v. Pum Yang Express

Dear Mr. Son:

    Please be advised that the arbitration in the above stated matter is rescheduled for May 21, 2002 at 11:00 a.m. at the Bergen County Courthouse. Please diary this date in your calendar.

    **I request that you contact my office one business day prior to May 21st to confirm the status of the arbitration.**

    Anticipating your expected cooperation.

                    Very truly yours,

                    Thomas G. Lynch

TGL/sp

## EXHIBITION G

New York Office
Empire State Building
350 Fifth Avenue, Suite 6101
New York, New York 10118
(212) 594-6283

North Jersey Office
75 Essex Street, Suite 104
Hackensack, New Jersey 07601
(201)438-7770

South Jersey Office
7409 Long Beach Blvd.
Brant Beach, New Jersey 08008
(609) 494-0070

HON. DANIEL P. MECCA, J.S.C.
SUPERIOR COURT OF NEW JERSEY
Bergen County Justice Center
Suite 326
Hackensack, NJ    07601-7689

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, BERGEN COUNTY
Docket No. L-04320-01

Yong C. Son                          )
                                     )
            Plaintiff                )
                                     )
    vs.                              )        CIVIL ACTION
                                     )
                                     )           ORDER
                                     )
Pum Yang Express USA Inc.            )
                                     )
            Defendant                )
                                     )

The above matter having been listed for Contract Arbitration on
May 21, 2002  and the plaintiffs having failed to appear,

It is on this 22nd day of May, 2002;

ORDERED that the above captioned matter be dismissed for Lack of
Prosecution.

A copy of the within order has this day been mailed to all counsel
and/or pro-se litigants.

Daniel P. Mecca, J.S.C.

**EXHIBITION  H**

Sangwon D. Sohn
2033 Lemoine Avenue, Suite 205
Fort Lee, NJ 07024
(201) 947-5225
Attorney for Plaintiff

| | |
|---|---|
| YOUNG C. SON | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION, |
| Plaintiff, | BERGEN COUNTY |
| V. | DOCKET NO. L-04320-01 |
| PUM YANG EXPRESS , USA, INC. | Civil Action |
| Defendant. | CERTIFICATION OF YOUNG C. SON IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE ORDER |

Young C. Son, of full age, upon his Certification, says:

1.    I am the plaintiff. I have personal knowledge of the facts contained in this Certification.

2.    The Plaintiff had filed a Complaint in 2001 to seek damage arising out of a breach of shipping contract and the case was represented by attorney Thomas G. Lynch.

3.    The case was subject to a mediation of which scheduled date was May 21, 2002, and I was notified for the session in March by a letter from Mr. Lynch.

4.    Upon the receipt of the letter. I contacted Mr. Lynch: and he told me that he will handle the mediation himself and I should not appear on May 21, 2002 for the mediation.

5.    Unbeknownst to me, my attorney Mr. Lynch, failed to appear on the date of mediation on May 21, 2002.

6.    Due to the failure stated in paragraph 4, in May 2002, the court entered an order to dismiss the case based on lack of prosecution.

7.    The order was served to Mr. Lynch; and I was not served by the Court nor anyone else.

8.    In order to understand the progress of the case, I repeated requested M. Lynch to provide me with any information on the case; however all of my request were·ignored by him.

**EXHIBITION  I**

9. Moreover, I met with Mr. Lynch twice in person after the date of the said order; and yet Mr. Lynch never advised me about the dismissal and instead had kept it as secret from me for about two years.

10. Finally in May of 2004, I went to Mr. Lynch's office in order to retrieve the file to find a recourse to pursue the litigation, and received a collection of documents from him.

11. I realized that one document contained in the documents was a copy of the said order to dismiss.

12. Being appalled at the unexpected order which was undoubtedly a failure, I repeatedly request My. Lynch to explain as to why the order was entered and whether I still had a chance to succeed on the merit; however, all of my requests was ignored and Mr. Lynch has not made any reply to my request until this day. A true copy of a letter delivered to Mr. Lynch requesting an explanation was annexed hereto as "Exhibit A".

13. I was in dismay from the dismissal especially because the gist of the litigation was to recover tools of the trade of a printing business; and my livelihood was supported from the profession of a printer.

14. Since May of last year, I have been trying to find a way to right the unjustness.

15. Therefore, I am applying this motion and pray that this court would allow to reopen the matter and afford me a chance to be adjudicated on the merit.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Young C. Son

Dated: 1/4/06

**D MAIL... RECEIPT**
**f Only; No Insurance Coverage Provided)**

information visit our website at www.usps.com

**OFFICIAL USE**

| Postage | $ | 0.37 | UNIT ID: 0749 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (areement Required) | | | Postmark Here |
| tricted Delivery Fee (rsement Required) | | | Clerk: VYNV30 |
| al Postage & Fees | $ | 2.67 | 08/30/04 |

Mr. Thomas G. Lynch
2 Mt. Pleasant Ave.
P.O Box 3308 Wallington NJ: 07057

rm 3800, June 2002   See Reverse for Instructions

YONG C. SON
50 W. Columbia Avenue. 2nd Fl.
Palisades Park, NJ 07650
(201) 310-4745

August 23, 2004

Tn.201.438.7770/Fax 201.438.5726

RE: Yong C. Son vs. Pum Yang Express, USA, Inc.
Docket No. L-04320-01

Dear Mr. Lynch:

This is to discuss about the above captioned matter and the damage I suffered from it.
I, Yong C. Son, as the plaintiff, have been suffered from the above matter resulted from
the negligence of PUM YANG EXPRESS and from the way you as my lawyer handled
the case since 2001.

As I learned about the dismissal of the case in May 2002 when I visited your office to
pick up the file in May 2004, I became frustrated again and still am as of today.
I do not understand why the case was dismissed and why I was not informed about it
until 2004.
When I received your letter of March 2002, I contacted you directly and I was instructed
by you not to appear at the courthouse on May 21, 2002 (when the arbitration for the case
was scheduled by the Bergen County Court).
When you explained in May 2004 that you could make an appeal on the dismissal but
with my payment of $3,000.00 for your service, I was also puzzled.

I feel strongly that I was misrepresented by your office, and would like to have a written
explanation on the above questions and appropriate compensation for that. Further, I
probably need a third party to discuss about this matter if I do not get a proper response
from you within 10 days from the date of this letter.

Thank you for your prompt attention in this matter.

Sincerely yours,

Yong C. Son

Sangwon D. Sohn
2033 Lemoine Avenue, Suite 205
Fort Lee, NJ 07024
(201) 947-5225
Attorney for Plaintiff

**FILED**

FEB 0 3 2006

DANIEL P. MECCA
P.J.S.C.

YOUNG C. SON

                    Plaintiff,

V.

PUM YANG EXPRESS , USA, INC.

                    Defendant.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION,
BERGEN COUNTY
DOCKET NO. L-04320-01

Civil Action

**ORDER TO VACATE**

This matter being opened to the court by Sangwon D. Sohn, Attorney of Record for the plaintiff, Young C. Son upon motion to vacate the order to dismiss based upon the facts set forth in the plaintiff's certification and filed herewith; and the Court having considered the matter and good cause appearing,

IT IS, on this _3rd_ day of _Feb_ , 2006,

ORDERED that the Order to Dismiss entered on May 8, 2004 is vacated; and it is further

ORDERED that the parties continue arbitration; and it is further

ORDERED that the parties move forward for regular progression of the action; and it is further

ORDERED that the parties commence discovery.

_Request is untimely_

DANIEL P. MECCA, P.J.S.C.

                    J.S.C


GLENN A. GRANT, J.A.D.
Acting Administrative Director of the Courts

www.njcourts.com · phone: 609-984-0073 · fax: 609-984-6968

December 6, 2010

Yongchul Son
17 West Homestead Avenue, Fl. 1
Palisades Park, NJ 07650-1126

Dear Mr. Son:

Your letter dated December 14, 2010 addressed to Attorney General Paula Dow has been referred to this office for response.

The address for Thomas G. Lynch, Esq. is 277 Prospect Avenue, Apt. 18 D, Hackensack, NJ 07601.

I hope this information is helpful.

Sincerely,

Carol Lambard
Administrative Specialist
Communications and Community Relations

**EXHIBITION J**   RCVD; 1-5-2011

FILED

JAN 07 2011

Robert L. Polifroni, J.S.C.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION

Yong Chul, Son
**Your Name**

17 W. Homestead Ave. FL-1
**Street Address**

Palisades Park, NJ 07650
**Town, State, Zip Code**

(201) 294-7122
**Telephone Number**

Yong Chul, Son
**Plaintiff**

vs.

Thomas G. Lynch ESQ
**Defendant**

Bergen _____ County

Docket Number L-4607-10

CIVIL ACTION
Order

☑ This matter having been brought before the Court on Motion of (check one)
☑ plaintiff ☐ defendant for an Order (describe relief requested)

and the Court having considered the matter and for good cause appearing,

It is on this 7 day of January 2011
ORDERED as follows:

R 1:13-7 dismissal is vacated.
Plaintiff must properly serve Defendant Lynch
at his business Address as listed in NJ Lawyers
Diary And elsewhere, Attempts at service on Mr. Lynch's
" is NOT Acceptable. Farther, plaintiff must
Attorney
comply with all other statutory requirements regarding
professional liability
Lawsuit

_____ J.S.C.

ROBERT L. POLIFRONI, J.S.C.

☐ opposed

☑ unopposed

Received
Jan. 14, 2011

**EXHIBITION K**

# AFFIDAVIT OF SERVICE

DEFENDANT 1 OF 1

March 23, 2011
BERGEN COUNTY SHERIFF DEPT
Lori

SHERIFFS NUMBER  Law 244526
TYPE OF SERVICE

I, MICHAEL SAUDINO, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

CHECK #
1817594861

AMOUNT
$    24.80

**ATTORNEY**
YONG CHUL SON PRO SE
17 W HOMESTEAD AVE FL 1
PALISADES PARK, NJ 07650

CONTROL # 131699-1

## COURT DATA

COURT  SUPERIOR
DOCKET L460710

STATE NJ

COUNTY OF VENUE  Bergen

## CAPTION OF CASE

YONG CHUL SON
VS
THOMAS G LYNCH ESQ

## NAMED WITHIN TO BE SERVICE

NAME                 **THOMAS G LYNCH ESQ.**
ADDRESS          **277 PROSPECT AVE APT 18 D**
CITY, STATE, ZIP    **HACKENSACK, NJ 07601**

### PAPERS SERVED
SUMMONS AND COMPLAINT, JURY DEMAND, CERTIFICATION, CASE INFORMATION
STATEMENT, TRACK ASSIGNMENT NOTICE, VERIFICATION, ORDER AND NOTICE
OF MOTION

### SERVICE DATA RECORDED

[ ] SERVED  [X] UNABLE TO SERVE    (1) _3/29/11  19:17  VS_    DATE [ 4 ] / [ 5 ] / [ 11 ]

ATTEMPTS _____                (2) _4/5/11  12:20_          TIME [ 9 ] : [ 48 ] : [ ]

REMARKS: _Numerous Attempts Made  No contact made_

PERSON SERVED: _____

[ ]  COPY PERSONALLY DELIVERED
[ ]  COPY LEFT WITH:
      COMPETENT HOUSEHOLD MEMBER OVER
      14 YRS OF AGE RESIDING THEREIN
[ ]  OFFICER

[ ]  MANAGING or GENERAL AGENT, PARTNER
[ ]  REGISTERED AGENT
[ ]  AGENT AUTHORIZED TO ACCEPT
[ ]  DIRECTOR, TRUSTEE

[ ] IS IN THE MILITARY        [ ] NOT IN THE MILITARY
SEX:    [ ] MALE    [ ] FEMALE
SKIN:   [ ] WHITE   [ ] BLACK      [ ] YELLOW  [ ] BROWN   [ ] RED
HEIGHT: [ ] UNDER 5 FEET    [ ] 5.0 –5.6 FT    [ ] 5.7 – 6.0 FT    [ ] OVER 6 FT
WEIGHT: [ ] UNDER 100 LBS   [ ] 100-150 LBS.   [ ] 151-200 LBS    [ ] OVER 200 LBS
HAIR:   [ ] BLACK   [ ] BROWN   [ ] BLOND   [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:    [ ] 14-20   [ ] 21-35   [ ] 36-50   [ ] 51-65   [X] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS _____ DAY OF _____ 20___

_____
DEPUTY SHERIFF OF BERGEN COUNTY
STATE OF NEW JERSEY

**EXHIBITION  L**

Rcvd
4/11/2011

```
CVM1036              AUTOMATED CASE MANAGEMENT SYSTEM          06/27/14
PAGE: 0002                  PROCEEDING LIST                    14:19


VENUE      : BERGEN      COURT : LAW CVL      DOCKET # : BER L   004607  10
CASE TITLE : SON VS LYNCH                                        ACC REQ

---------------------- C A S E   P R O C E E D I N G S --------------------
   PROCEEDING  MOTION    MOTION   SESSION  COURT PROCEED JUDGE PROCEEDING
S   TYPE      DOC/TYPE  STATUS    DATE    ROOM   TIME   ID    STATUS  BY:VIA:
   MOTION HRG   3 MG4 GRANTED     01 07 11 401    09 00  RLPO2 COMPLETED
```

```
PF1-PROCD-RECORD PF2-CANC-PROCD
PF4-PROMPT PF9-RELATED-CASE-LIST        PF7-PRIOR PF8-NEXT PF22-HELP:
4-©             1     Sess-1   172.16.1.27            TBER0052   DOC»   11/2
```

```
CVM1036            AUTOMATED CASE MANAGEMENT SYSTEM          06/27/14
PAGE: 0001                   PROCEEDING LIST                  14:19


VENUE      : BERGEN       COURT : LAW CVL      DOCKET # : BER L   004607  10
CASE TITLE : SON VS LYNCH                                        ACC REQ

-------------------- C A S E   P R O C E E D I N G S --------------------
   PROCEEDING  MOTION    MOTION    SESSION  COURT PROCEED JUDGE PROCEEDING
S    TYPE     DOC/TYPE   STATUS     DATE     ROOM  TIME    ID     STATUS  BY:VIA:
   MOTION HRG  51 M99  DENIED    . 05 23 14  357    09 00  RLP02 COMPLETED
   MOTION HRG  44 MK1  DENIED      01 17 14  357    09 00  RLP02 COMPLETED
   MOTION HRG  42 MK1  DENIED      08 23 13  323    09 00  AHC01 COMPLETED
   MOTION HRG  39 M48  DENIED      07 12 13  323    09 00  AHC01 COMPLETED
   MOTION HRG  32 M99  DENIED      08 10 12  323    09 00  AHC01 COMPLETED
   MOTION HRG  29 M99  DENIED      07 27 12  323    09 00  AHC01 COMPLETED
   MOTION HRG  24 M99  DENIED      06 29 12  323    09 00  AHC01 COMPLETED
   MOTION HRG  18 M99  DENIED      04 27 12  323    09 00  AHC01 COMPLETED
   MOTION HRG  11 MK1  DENIED      07 22 11  215    09 00  RCW01 COMPLETED
   MOTION HRG   6 MP9  DENIED      03 18 11  215    09 00  RCW01 COMPLETED


PF1-PROCD-RECORD PF2-CANC-PROCD
PF4-PROMPT PF9-RELATED-CASE-LIST          PF7-PRIOR PF8-NEXT PF22-HELP:
4-©            1    Sess-1   172.16.1.27            TBER0052   DOC»   11/2
```

FILED

JUL 22 2011

Robert C. Wilson
J.S.C.

**SUPERIOR COURT OF NEW JERSEY
LAW DIVISION**

Yong chul, Son
_____Your Name_____

17 W. Homestead Ave. FL-1
_____Street Address_____

Palisades Park, NJ 07650
_____Town, State, Zip Code_____

201-294-7122
_____Telephone Number_____

Bergen County

Docket Number L-4607-10

~~UNOPPOSED~~

**CIVIL ACTION**
Order

Yong chul, Son
_____Plaintiff_____

vs.

Thomas G. Lynch ESQ.
_____Defendant_____

☑ This matter having been brought before the Court on Motion of (check one)
☑ plaintiff ☐ defendant for an Order (describe relief requested)

to enter default judgment

and the Court having considered the matter and for good cause appearing,

It is on this 22nd day of July, 20 11
ORDERED as follows:

Motion is denied as it is procedurally deficient.
Plaintiff has not requested that default be entered
against defendant, and therefore default judgment is
premature.

_____, J.S.C.

ROBERT C. WILSON, J.S.C.

☐ **opposed**

☒ **unopposed**

**EXHIBIT M**

Attorney(s): (Plaintiff)
Law Firm:
Address: 17 W. Homestead Ave. FL-1
Palisades Park, NJ 07650.

Telephone No.: (201) 294-7122
Fax No.:
E-Mail:
Attorney(s) for (Plaintiff(s)):

Office of the Superior Court Clerk
**Filed and Default Entered**

SEP 2 2 2011

by _[signature]_

Deputy Clerk of the Superior Court

SUPERIOR COURT OF NEW JERSEY
DIVISION
COUNTY

Yong chul Son
vs.                            Plaintiff(s)

Thomas G. Lynch ESQ Defendant(s)

DOCKET NO. L-4607-10

CIVIL ACTION
**Request to Enter Default
and Certification**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to R. 4:43-1, please enter upon the docket the default of the defendant(s)

in the above-entitled action for failure to plead or otherwise defend as provided by the rules of civil practice or by an order of this Court, or because the answer of defendant(s) has been stricken.

_Yong chul Son, pro se_

Attorney(s) for Plaintiff(s)

## Certification

1. I am _Yong Chul Son_          Attorney(s) for (Plaintiff(s)) in the above-entitled action.

2. The summons and a copy of the complaint in this action were served upon defendant(s)

on _Thomas G. Lynch ESQ_, as appears from the return of the process filed with the Court.

3. The time within which defendant(s) may answer or otherwise move as to the said complaint has expired, has not been extended or enlarged, and no defendant named herein has answered or otherwise moved.

4. Based on the above, I request the Court to enter default against
Pursuant to R. 4:43-1.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _September 22. 2011_          _[signature]_
_Yong chul Son, Plaintiff pro se_

**EXHIBITION  N**
Powered by
HotDocs®

5035 - Request to Enter Default with Certification
Rev. 10/07   P10/07

©2007 by ALL-STATE LEGAL
A Division of ALL-STATE International, Inc.
www.aslegal.com    800.222.0510

Grace E Hwang
Notary Public
New Jersey
My Commission Expires 12-13-14
ID# 2233305

2014 FEB 11 P 3 06

CIVIL DIVISION
CASE PROCESSING

Plaintiff  YONG CHUL SON

Defendant  THOMAS G. LYNCH ESQ

Service # 1 of 1 Services

Docket # L-4607-10
Sheriff's # **20008097**

BERGEN COUNTY SUPERIOR COURT
New Jersey
Bergen County

YONG CHUL SON
50 F2-2 DELIA BOULEVARD
FL-2
PALISADES PARK, NJ 07650

Papers Served

SUMMONS, NOTICE OF MOTION, CERTIFICATION IN
SUPPORT OF MOTION, ORDER

SUPERIOR COURT BERGEN COUNTY
FILED

FEB 11 2014

DEPUTY CLERK

I, Frank X. Schillari, SHERIFF OF HUDSON COUNTY DO HEREBY DEPUTIZE AND APPOINT
Fernando SILVA A DULY SWORN OFFICER TO EXECUTE AND RETURN THE
DOCUMENTS ACCORDING TO LAW.

Date of Action 1/14/2014
Time of Action 10:00 AM

Person/Corporation to Serve   THOMAS G. LYNCH ESQ
4808 BERGENLINE AVENUE

SUITE 304

ATTEMPTS
1/14/2014 10:00 AM

Reason for Non Service:  DEFENDANT MOVED FROM PLACE OF ATTEMPTED SERVICE
NO SERVICE 1/30/14

I, Fernando SILVA WAS NOT ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

Det. F. Silva
Fernando SILVA

1/30/14
DATED

**EXHIBITION  O**

Received on 2/10/2014



MARK NEARY
CLERK

GAIL GRUNDITZ HANEY
DEPUTY CLERK

OFFICE OF THE CLERK
PO BOX 970
TRENTON, NEW JERSEY 08625-0970

February 1, 2017

Yong Chul Son
50 Delia Blvd.
Palisades Park, NJ 07650

    Re:   <u>Yong Chul Son v. Thomas G Lynch, Esq.</u>
            Supreme Court Docket Number: 076985

Dear Yong Chul Son:

    This office is in receipt of your additional submission dated January 26, 2017, bearing the above-referenced docket number. Your submission cannot be accepted for filing as it does not comply with and is not authorized by the Court Rules. In addition, you no longer have a matter pending before the Supreme Court.

    As you are aware, your petition for certification was denied by order filed July 26, 2016. On September 27, 2016, you filed a motion for reconsideration of that order. Your motion for reconsideration was denied by the Court in an order filed January 17, 2017. Copies of the Court's July 26, 2016 and January 17, 2017 orders are enclosed for reference.

    If you would like your January 26, 2017 papers returned, you may pick them up from our Office on or before February 15, 2017, after which date they will be destroyed.

                      Sincerely,

                      *Elena Edwards*

                      Elena Edwards
                      Court Services Officer

Enclosures

c (w/ encls.):  Edward Cillick, Esq.

**EXHIBIT P**

Rcvd. 2/6/2017 YP

# CILLICK & SMITH
## Attorneys At Law
25 Main Street
Court Plaza North
Hackensack, New Jersey 07601

EDWARD W. CILLICK, ESQ.
SUZANNE M. SMITH, ESQ.

Tel: (201)342-0808
Fax: (201)342-0712

JILL HOROWITZ, ESQ.

January 4, 2018

<u>*Via Certified Mail R.R.R. # 7017 0530 0001 1053 3134*</u>
<u>*& Regular Mail*</u>
Yong Chul Son
50 Delia Boulevard, Fl-2
Palisades Park, NJ 07650

    Re:  **Yong Chul Son v. Thomas G. Lynch, Esq. et al.**
       **Case No.: 2:17-CV-13666-MCA-MAH**

Dear Mr. Son:

   I am in receipt of your complaint in the above matter. Apparently you served it on me as attorney for Thomas J. Lynch, Esq. Please be advised that Thomas J. Lynch passed away on February 13, 2017.

   Please be further advised that I do not represent Mr. Lynch or his estate and cannot acknowledge service of this complaint on behalf of any defendant in the above matter.

   Please be guided accordingly.

         Very truly yours,

         CILLICK & SMITH, ESQS.

         EDWARD W. CILLICK

EWC/rvr
Enc.

      **EXHIBITION Q**

Rcvd. 1/9/2018
q.0

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Chambers of
**Michael A. Hammer**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 776-7858

January 9, 2019

## LETTER ORDER

RE:    **Yong Chul Son v. Thomas G. Lynch, Esq., et al.**
**Civil Action No. 17-13666 (MCA)(MAH)**

Dear Litigants:

On or about January 29, 2019, this Court will issue a Scheduling Order in this civil action.

You are directed to provide to the undersigned the attached Proposed Discovery Plan by 3:00 p.m. on January 25, 2019.

**SO ORDERED.**

 s/ Michael A. Hammer
**Hon. Michael A. Hammer**
**United States Magistrate Judge**

**EXHIBIT  R**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<u>Plaintiff,</u>

Yong Chul Son, Pro-se

VS.

<u>Defendants,</u>

Thomas G. Lynch, Esq.

Edward W. Cillick, Esq.

(Attorney for Defendant Thomas G. Lynch, Esq.)

Publisher of New Jersey Lawyers of Diary and Manual

Eitan D. Blanc, Esq. (Attorney for Publisher of New Jersey

Lawyers of Diary and Manual)

CIVIL DOCKET FOR CASE

No.: 2:17-CV-13666-MCA-MAH

**Discovery Motion [4]**

[Defendant Thomas G. Lynch, Esq.

is now deceased]

PLEASE TAKE NOTICE, that upon the annexed affirmation of Yong Chul Son affirmed on February 19, 2019 and upon the exhibits attached thereto, on January 28, 2019 before Madeline Cox Arleo, United States District Judge ordered that set Deadlines as to [9] motion for Discovery Motion set for 02/19/2019. This motion will be decided on the papers and no appearances are required and do not supersede any previous or subsequent orders from the court.

**Fourth Discovery.** Defendant Thomas G. Lynch, Esq. has replaced his 'guilt' with 'death'. Therefore, the party responsible for his estate is Publisher of New Jersey Lawyers of Diary and Manual in accordance with Federal Torts Claims Act, 28 U.S.C. 1402(b), for publishing Defendant's business address during his lifetime. Although most of a defendant must respond to the plaintiff's complaint by filing an answer or a motion to dismiss within 21 days (Rule 12 of the Federal of Civil Procedure).

WHEREFORE, the notice of death of Defendant Thomas G. Lynch, Esq. was received on January 9, 2018. Defendant fail to respond the motion to dismiss is dismissed, plaintiff's complaint is granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2019
     Palisades Park
     Bergen County, NJ

Signature: _____
Address:   Yong Chul Son, Plaintiff
       50 Delia Blvd., FL-2
       Palisades Park, NJ 07650
Phone:   (201) 294-7122

**EXHIBITION S**

<u>CLOSING</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST. ROOM 4066**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

February 4, 2019

<u>VIA CERTIFIED MAIL</u>
Yong Chul Son
50 Delia Blvd.
Second Floor
Palisades Park, NJ 07650

<u>VIA ECF</u>
Counsel for Defendants

## <u>LETTER ORDER</u>

Re:  **Son v. Lynch, et al.**
     **Civil Action No. 17-13666**

Dear Litigants:

Before the Court is Defendant Lawyers Diary and Manual, LLC's[1] ("LDM") Motion to Dismiss, ECF No. 5, pro se Plaintiff Young Chul Son's ("Plaintiff") Complaint, ECF No. 1. For the reasons explained below, the Motion is granted.

## I.   Background

This matter appears to arise out of years of Plaintiff's attempted litigation in New Jersey state court. See Compl. Plaintiff alleges that his attorney, Thomas G. Lynch,[2] filed an action on Plaintiff's behalf in New Jersey Superior Court in 2001. Id. p. 2. According to Plaintiff, the action was dismissed without his knowledge. Id. p. 2. As a result, Plaintiff filed a complaint against Lynch in New Jersey Superior Court, which was dismissed for lack of prosecution. Id. p. 4. Plaintiff contends that he was subsequently ordered to properly serve Lynch and that the court suggested that he look to the New Jersey Lawyer's Diary for the address. Id. However, Plaintiff alleges that Lynch's address was not in the 2011 New Jersey Lawyer's Diary. Id. Plaintiff's suit against Lynch was ultimately dismissed following multiple appeals. Id.

---

[1] Plaintiff incorrectly identified Defendant as "Publisher of New Jersey Lawyers Diary and Manual." See Compl. p. 1; ECF No. 5.1 at 1.
[2] Lynch is the other named Defendant in this matter. On January 4, 2018, Lynch's former attorney indicated that Lynch is now deceased. ECF No. 3 at 10.

1

# EXHIBIT   T

Though Plaintiff's claims are difficult to discern, he now seeks nearly $15,000,000 for emotional distress, financial loss, "breach of justice," and damage "due to wrongful business address scam." Id. p. 5. Defendant LDM moves to dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 4(m), 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6).

## II.     Discussion

LDM argues that this Court lacks subject matter jurisdiction over Plaintiff's claims.[3] The Court agrees. Therefore, the Court need not address LDM's alternative arguments for dismissal.

Plaintiff's Complaint asserts subject matter jurisdiction on two main bases: (1) federal question jurisdiction, 28 U.S.C. § 1331; and (2) diversity jurisdiction, 28 U.S.C. § 1332.[4] See Compl. p. 2. Plaintiff's Complaint fails to adequately allege subject matter jurisdiction on either ground. First, 28 U.S.C. § 1331 gives district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." The existence of such jurisdiction "is governed by the well-pleaded complaint rule, which provides that federal question jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987) (internal quotation marks omitted). Plaintiff's Complaint, however, fails to present any claim arising under the Constitution, laws or treaties of the United States. Thus, 28 U.S.C. § 1331 does not provide this Court with subject matter jurisdiction.

Second, Plaintiff has failed to plead diversity jurisdiction under 28 U.S.C. § 1332. For diversity jurisdiction to exist, the amount in controversy must exceed $75,000 and the parties must be citizens of different states. See 28 U.S.C. § 1332; see also Midlantic Nat'l Bank v. Hansenu, 48 F.3d 693, 696 (3d Cir. 1995) ("[D]iversity must be complete; that is, no plaintiff can be a citizen of the same state as any of the defendants."). The citizenship of a natural person is the state where that person is domiciled. See GBForefront, L.P. v. Forefront Mgmt. Grp. LLC, 888 F.3d 29, 34 (3d Cir. 2018). The citizenship of a corporation is its state of incorporation and the state of its principal place of business. Id. Here, Plaintiff has failed to plead the citizenship of any of the parties, including himself. Plaintiff has merely provided addresses for himself, Lynch, and LDM. See Compl. at 1. However, the Third Circuit has explicitly held that "[a]lleging residency alone is insufficient to plead diversity of citizenship." GBForefront, L.P., 888 F.3d at 35. Accordingly, the Court lacks subject matter jurisdiction over this action.[5]

---

[3] On a motion to dismiss for lack of subject matter jurisdiction, the court accepts the facts in the complaint as true and draws all reasonable inferences in favor of the plaintiff, where, as here, the defendant asserts a facial challenge. See Davis v. Wells Fargo, 824 F.3d 333, 346 (3d Cir. 2016).

[4] Plaintiff lists additional bases for "jurisdiction and venue," but none of those listed are appropriate. See Compl. at 2 (listing 28 U.S.C. §§ 1391(a)–(c) and 28 U.S.C. § 1402(b)). 28 U.S.C. §§ 1391(a)–(c) relate solely to venue and do not provide this Court with subject matter jurisdiction. See, e.g., Bockman v. First Am. Mktg. Corp., 459 F. App'x 157, 160 (3d Cir. 2012). 28 U.S.C. § 1402(b) is equally inapposite, as it "concerns venue for tort claims brought against the United States." Agcaoili v. Sapin, 05-4775 KSH, 2005 WL 3263867, at *3 (D.N.J. Nov. 30, 2005).

[5] Even construing Plaintiff's pro se Complaint liberally, see Alston v. Parker, 353 F.3d 229, 234 (3d Cir. 2004), the Court finds no basis for diversity jurisdiction. Assuming that the addresses listed are indicative of each party's citizenship, each party would be a citizen of New Jersey.

**III.     Conclusion**

For the reasons stated above, Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 5, is **GRANTED**.  Plaintiff's Complaint is therefore dismissed.

**SO ORDERED.**

_/s Madeline Cox Arleo_____
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

3

Plaintiff,

Yong Chul Son, Pro se

CIVIL ACTION

VS.

Defendants,

Thomas G. Lynch, Esq. (Deceased)

Publisher of New Jersey Lawyers Diary and Manual

Strauss, Andrew S. (CEO)

Skinder, Michael (Member)

**AFFIRMATION OF SERVICE**

I hereby affirm that the [Complaint and Affidavit] was served upon the below listed parties by First Class Mail.

Thomas G. Lynch, Esq. (Deceased)

Publisher of New Jersey Lawyers Diary and Manual

Strauss, Andrew S. (CEO)

Skinder, Michael (Member)

1260 Broad Street, 2nd Floor

Bloomfield, New Jersey 07003-3031

I swear under oath that the above information is true and correct. I am aware that if any foregoing statement made by me are willfully false, I am subject to punishment. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2024

Signature: _____
Yong Chul Son, Plaintiff, Pro-se

Address: 14465 Barclay Ave, 3rd FL
Flushing, NY 11355-1543

Phone: (718) 974-4658